UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. No. 1:20-cv-10484-GAO

| | |
|---|---|
| EDWARD SULLIVAN, HEATHER SULLIVAN, DOE CHILD 1, DOE CHILD 2, DOE CHILD 3 and DOE CHILD 4, <br>     Plaintiffs, <br><br> vs. <br><br> TOWN OF WALPOLE, MA, WALPOLE POLICE DEPARTMENT, CHIEF JOHN F. CARMICHAEL, JR., OFFICER ANDREW KIEWLICZ, DET. MICHAEL BENNER, DET. SGT. RICHARD KELLEHER, OFFICER THOMAS HART, DET. KYLE GRIFFIN, OFFICER MATTHEW CROWN, AND OTHER NAMES UNKNOWN TO THE PLAINTIFFS AT THIS TIME, WALPOLE SCHOOL DEPARTMENT, VICE PRINCIPAL LEE TOBEY, AND OTHERS AS YET UNKNOWN TO THE PLAINTIFFS, <br>     Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |

## DEFENDANTS' MOTION FOR JUDGMENT ON THE PLEADINGS UNDER RULE 12(c)

The defendants, the Town of Walpole; the Walpole Police Department; Police Chief John J. Carmichael, Jr.; Police Officer Andrew Kiewlicz; Detective Michael Benner; Detective Sgt. Richard Kelleher; SRO Thomas Hart; Detective Kyle Griffin; Police Officer Matthew Crown; the Walpole School Department; and Walpole High School Vice Principal Lee Tobey (the "defendants"), hereby move, under Rule 12(c) of the Federal Rules of Civil Procedure, for judgment on the pleadings. As grounds therefor, the defendants state that plaintiffs' Complaint fails to state claims against the defendants upon which relief can be granted. Specifically:

- Plaintiff, Heather Sullivan, alleges no violations of her personal rights;

- Defendants, Walpole Police Department and Walpole School Department, are not separate legal entities subject to suit;

- The individual defendants are sued in their official capacity only;

- Defendant, WHS Vice Principal Lee Tobey, is immune from state law claims (Counts III & IV) under M.G.L. c. 119, § 51A(g);

- Plaintiffs fail to allege substantive due process claims for the violation of their "family integrity" rights (Count I);

- The minor plaintiffs fail to allege unreasonable seizures in violation of their Fourth Amendment rights (Count I);

- Plaintiffs fails to allege municipal liability claims (Count I);

- Plaintiffs fail to allege a civil rights conspiracy (Count II);

- Plaintiffs fail to allege claims under the Massachusetts Civil Rights Act (Count III);

- Plaintiffs fail to allege claims of intentional infliction of emotional distress (Count IV); and

- The municipal defendants are immune for intentional torts (Count IV).

The above grounds are set forth in further detail in the Memorandum of Law in Support of Defendants' Motion for Judgment on the Pleadings Under Rule 12(c) submitted herewith.

WHEREFORE, the defendants hereby move that this Court dismiss plaintiffs' Complaint for failure to state claims upon which relief can be granted and enter judgment on the pleadings in defendants' favor pursuant to Fed. R. Civ. P. 12(c).

## REQUEST FOR ORAL ARGUMENT

Pursuant to Local Rule 7.1(D), the defendants respectfully request that this Court schedule oral argument on their Motion for Judgment on the Pleadings.

## CERTIFICATION PURSUANT TO LOCAL RULE 7.1

Undersigned counsel for the defendants hereby certifies, pursuant to Local Rule 7.1(A)(2), that on June 5, 2020, counsel conferred in good faith with counsel for the plaintiffs in an effort to resolve the issues related to this Motion.

Respectfully submitted,

The Defendants,
TOWN OF WALPOLE, MA, WALPOLE POLICE DEPARTMENT, CHIEF JOHN F. CARMICHAEL, JR., OFFICER ANDREW KIEWLICZ, DET. MICHAEL BENNER, DET. SGT. RICHARD KELLEHER, OFFICER THOMAS HART, DET. KYLE GRIFFIN, OFFICER MATTHEW CROWN, WALPOLE SCHOOL DEPARTMENT, and VICE PRINCIPAL LEE TOBEY,

By their Attorneys,

**PIERCE DAVIS & PERRITANO LLP**

*/s/ John J. Davis*
_____
John J. Davis, BBO #115890
10 Post Office Square, Suite 1100N
Boston, MA 02109
(617) 350-0950
jdavis@piercedavis.com

Dated: June 8, 2020

### CERTIFICATE OF SERVICE

I hereby certify that the foregoing, filed through the Electronic Case Filing System, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and that a paper copy shall be served upon those indicated as non-registered participants on June 8, 2020.

*/s/ John J. Davis*
_____
John J. Davis, Esq.