UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| EDWARD SULLIVAN, HEATHER SULLIVAN, DOE CHILD 1, DOE CHILD 2, DOE CHILD 3 and DOE CHILD 4, *Plaintiffs*, VS. TOWN OF WALPOLE, MA, WALPOLE POLICE DEPARTMENT, CHIEF JOHN F. CARMICHAEL, JR., OFFICER ANDREW KIEWLICZ, DET. MICHAEL BENNER, DET. SGT. RICHARD KELLEHER, OFFICER THOMAS HART, DET. KYLE GRIFFIN, OFFICER MATTHEW CROWN, WALPOLE SCHOOL DEPARTMENT and VICE PRINCIPAL LEE TOBEY, *Defendants.* | C.A. No. 1:20-cv-10484-GAO |

## **DEFENDANTS' MOTION FOR SUMMARY JUDGMENT UNDER RULE 56**

Pursuant to Fed.R.Civ.P. 56 and Local Rule 56.1, defendants, former Walpole Police Chief John J. Carmichael, Jr., Officer Andrew Kiewlicz, Det. Michael Benner, Det. Sgt. Richard Kelleher, Officer Thomas Hart, Det. Kyle Griffin, Officer Matthew Crown, and Walpole High School ("WHS") Vice Principal Lee Tobey (hereinafter "defendants"), hereby move for Summary Judgment on plaintiffs' remaining claims under 42 U.S.C. § 1983 (Count I) and for intentional infliction of emotional distress (Count IV).[1] As grounds therefor, defendants state that no material facts remain in dispute and, based upon such undisputed facts, defendants are entitled to judgment as a matter of law.

---

[1] On June 21, 2020, this Court granted in part and denied in part defendants' Motion for Judgment on the Pleadings. (ECF Doc. No. 25). In so doing, the Court dismissed plaintiffs' claims for conspiracy (Count II) and for damages under the Massachusetts Civil Rights Act, G.L. c. 12, §§ 11H & 11I (Count III). The Court also dismissed plaintiffs' claims as against the municipal defendants, Town of Walpole, Walpole Police Department and Walpole School Department, leaving only Counts I and IV as against the eight individual defendants sued in their individual capacities.

Defendants submit the accompanying Memorandum of Law in support of their Motion for Summary Judgment. As set forth in this Memorandum of Law:

- Defendants did not violate plaintiffs' Fourth Amendment rights to be free from unreasonable seizures and, therefore, cannot be held liable to plaintiffs under 42 U.S.C. § 1983 (Count I);

- Defendants did not violate plaintiffs' family integrity rights as protected under the Due Process Clause and, therefore, cannot be held liable to plaintiffs under 42 U.S.C. § 1983 (Count I);

- Even if defendants violated plaintiffs' Fourth Amendment and/or family integrity rights (which they deny), defendants are protected from suit and liability under the qualified immunity doctrine (Count I);

- Plaintiffs cannot establish a right of recovery as against defendants for intentional infliction of emotional distress as a matter of law (Count IV); and

- Plaintiff, TS, violated a Court Order by refusing to attend her deposition and, therefore, her claims must be dismissed.

WHEREFORE, defendants respectfully request that this Honorable Court enter summary judgment in their favor and against plaintiffs on Counts I and IV of plaintiffs' Complaint.

## REQUEST FOR ORAL ARGUMENT

Defendants believe that oral argument may assist the Court in resolving the issues raised herein and, therefore, wish to be heard. L.R. 7.1(d). In accordance with Local Rule 7.1, the undersigned states he has conferred with plaintiffs' counsel in an effort to resolve this matter without judicial intervention.

Respectfully submitted,

The Defendants,
FORMER CHIEF JOHN F. CARMICHAEL, JR.,
OFFICER ANDREW KIEWLICZ, DET. MICHAEL
BENNER, DET. SGT. RICHARD KELLEHER,
OFFICER THOMAS HART, DET. KYLE GRIFFIN,
OFFICER MATTHEW CROWN and VICE PRINCIPAL
LEE TOBEY,

By their Attorneys,

**PIERCE DAVIS & PERRITANO** LLP

*/s/ Matthew J. Hamel*
_____
John J. Davis, BBO #115890
Matthew J. Hamel, BBO #706146
10 Post Office Square, Suite 1100N
Boston, MA 02109
(617) 350-0950
mhamel@piercedavis.com
jdavis@piercedavis.com

Dated: November 1, 2022

## CERTIFICATION PURSUANT TO LOCAL RULE 7.1

Undersigned counsel for the defendants hereby certifies, pursuant to Local Rule 7.1(A)(2), that on November 1, 2022 counsel conferred in good faith with counsel for the plaintiffs in an effort to resolve the issues related to Defendants' Motion for Summary Judgment Under Rule 56.

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing, filed through the Electronic Case Filing System, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and that a paper copy shall be served upon those indicated as non-registered participants on November 1, 2022.

*/s/ Matthew J. Hamel*
_____
Matthew J. Hamel, Esq.