UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| EDWARD SULLIVAN, HEATHER SULLIVAN, DOE CHILD 1, DOE CHILD 2, DOE CHILD 3 and DOE CHILD 4, <br>   *Plaintiffs*, <br><br> VS. <br><br> TOWN OF WALPOLE, MA, WALPOLE POLICE DEPARTMENT, CHIEF JOHN F. CARMICHAEL, JR., OFFICER ANDREW KIEWLICZ, DET. MICHAEL BENNER, DET. SGT. RICHARD KELLEHER, OFFICER THOMAS HART, DET. KYLE GRIFFIN, OFFICER MATTHEW CROWN, WALPOLE SCHOOL DEPARTMENT and VICE PRINCIPAL LEE TOBEY, <br>   *Defendants.* | C.A. No. 1:20-cv-10484-GAO |

INDEX OF EXHIBITS

1. Plaintiffs' Complaint

2. Defendants' Answer

3. SS Deposition (excerpts)

4. SS Deposition Exhibit 1

5. SS Deposition Exhibit 2

6. SS Deposition Exhibit 3

7. Detective Michael Benner Deposition (Excerpts)

8. Vice Principal Lee Tobey Deposition (Excerpts)

9. DCF Investigator Davis Skutul Deposition (Excerpts)

10. CS Deposition (Excerpts)

11. Edward Sullivan Deposition Day One (Excerpts)

12. Edward Sullivan Deposition Day Two (Excerpts)

13. Edward Sullivan Deposition Exhibit 2

14. Office Matthew Crown Deposition (Excerpts)

15. Officer Andrew Kiewlicz Deposition (Excerpts)

16. Heather Sullivan Deposition (Excerpts)

17. Former Chief Carmichael Deposition (Excerpts)

18. Former Chief Carmichael Deposition Exhibit 1

19. Former Chief Carmichael Deposition Exhibit 2

20. Defendant's Motion to Compel Deposition Testimony of Minor Plaintiff T.S.

21. Exhibit F of Defendant's Motion to Compel Deposition Testimony of Minor Plaintiff T.S.

22. Court's Order Allowing Defendant's Motion to Compel Deposition Testimony of Minor Plaintiff, T.S.

23. Re-Notice of Deposition of T.S., dated August 17, 2022

24. Email from Plaintiff's Counsel, dated August 22, 2022

Respectfully submitted,
The Defendants,
TOWN OF WALPOLE, MA,
FORMER CHIEF JOHN F. CARMICHAEL, JR.,
OFFICER ANDREW KIEWLICZ, DET. MICHAEL
BENNER, DET. SGT. RICHARD KELLEHER,
OFFICER THOMAS HART, DET. KYLE GRIFFIN,
OFFICER MATTHEW CROWN and VICE PRINCIPAL
LEE TOBEY,

By their Attorneys,

**PIERCE DAVIS & PERRITANO LLP**

*/s/ Matthew J. Hamel*
_____
John J. Davis, BBO #115890
Matthew J. Hamel, BBO #706146
10 Post Office Square, Suite 1100N
Boston, MA 02109
(617) 350-0950
jdavis@piercedavis.com
mhamel@piercedavis.com

Dated: November 1, 2022

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing, filed through the Electronic Case Filing System, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and that a paper copy shall be served upon those indicated as non-registered participants on November 1, 2022.

*/s/ Matthew J. Hamel*
_____
Matthew J. Hamel, Esq.