3

```
                                            VOLUME: I
                                            PAGES: 1 - 161
                                            EXHIBIT: 1 - 5

              UNITED STATES DISTRICT COURT
                DISTRICT OF MASSACHUSETTS


                                   C.A. NO. 1:20-cv-10484-GAO
_____

EDWARD SULLIVAN, HEATHER SULLIVAN,
DOE CHILD 1, DOE CHILD 2, DOE CHILD 3 and
DOE CHILD 4,
   Plaintiffs,

vs.

THE TOWN OF WALPOLE, MA, WALPOLE POLICE
DEPARTMENT, CHIEF JOHN F. CARMICHAEL, JR.,
OFFICER ANDREW KIEWLICZ, DET. MICHAEL BENNER,
DET. SGT. RICHARD KELLEHER, OFFICER THOMAS
HART, DET. KYLE GRIFFIN, OFFICER MATTHEW CROWN,
AND OTHER NAMES UNKNOWN TO THE PLAINTIFFS
AT THIS TIME, WALPOLE SCHOOL DEPARTMENT,
VICE PRINCIPAL LEE TOBEY, AND OTHERS AS YET
UNKNOWN TO THE PLAINTIFFS,
   Defendants.
_____
```

**REMOTE DEPOSITION OF** ~~████████ ███████~~ **SULLIVAN**, taken on behalf of the Defendants, pursuant to the applicable provisions of the Massachusetts Rules of Civil Procedure, appearing remotely before Kristin L. Tucker, Notary Public and Certified Shorthand Reporter within and for the Commonwealth of Massachusetts, appearing remotely, on February 24, 2022, commencing at 10:03 a.m., as follows:

**TUCKER COURT REPORTING, INC.**
130 Hemlock Drive
Norwell, Massachusetts 02061
(888) 852-DEPO

Page 13

1   A.   Mm-hmm.  I mean, yes.  Sorry.
2   Q.   And when did you -- Did you move out of
3   your parents' house to attend college?
4   A.   Kind of.  I mean, I have a dorm, but, like,
5   I still have a room in their house.
6   Q.   Sure.  That's fair.  And before you left
7   for college, where was your room at home?
8   A.   Right before I left, it was in my basement.
9   Q.   Okay.  Did you share the basement with
10  anyone?
11  A.   No.
12  Q.   And when did you first start living down in
13  the basement?
14  A.   I think, like, my -- It must have been,
15  like, my summer of junior year maybe.  Yeah.  Or
16  junior year itself.  It was, like, around COVID-ish.
17  Q.   Okay.  And is that something that you asked
18  your parents to do, to have a separate room?
19  A.   Well, we had been talking about it, like,
20  for a while.  They just didn't really want me, like --
21  Because my basement has a door to, like, right
22  outside, so they didn't want me to able to, like,
23  sneak out or have people in that they didn't know
24  about so...  And then the door is also kind of, like,

Page 14

1   weird, so they were trying to figure that out.
2   Q.   Okay.  Did they ever have to put an alarm
3   on your door to make sure you weren't --
4   A.   No.  They didn't go that far.
5   Q.   All right.  And before you were living in
6   the basement, where was your room?
7   A.   It was upstairs.  I shared a room with my
8   brother, ▓▓▓.
9   Q.   And how long had you been sharing a room
10  with ▓▓▓?
11  A.   I think it was, like, less than a year
12  maybe.
13  Q.   Okay.  Did you share a room with one of
14  your other siblings before sharing a room with ▓▓▓?
15  A.   Yeah.  I shared a room with my sister ▓▓▓
16  before.
17  Q.   How did that work out?
18  A.   Not good.  We're very different.
19  Q.   Did you like sharing a room with ▓▓▓?
20  A.   Yeah.  I'm really close with my little
21  brother, so it was good.
22  Q.   Okay.  I know you said that you're very
23  different than ▓▓▓.  Do you still share some of those
24  differences today?

Page 15

1   A.   Definitely, but we've definitely gotten
2   closer since I, like, left for college and stuff.
3   Q.   Yeah.  All right.  So I'm going to kind of
4   bring you back to the time of this lawsuit.  And the
5   day that your father was arrested I have as October
6   24th, 2018.  Does that sound about right?
7   A.   I think so.
8   Q.   Okay.  So I'm just going to ask some
9   questions about the time period leading up to that
10  date.  So we're not going to talk about the day just
11  yet, but I want to know a little bit about your
12  background before that.  Okay?
13  A.   Okay.
14  Q.   So at that particular point in time, you
15  were sharing a room with ▓▓▓?
16  A.   Mm-hmm.
17  Q.   Is that a yes?
18  A.   Yeah.  Sorry.
19  Q.   That's fine.  And what was your -- What
20  grade were you in around that time?
21  A.   Sophomore year of high school, I think, or
22  right before.
23  Q.   Okay.  If it was October of 2018, were you
24  just sort of starting the school year?

Page 16

1   A.   Yeah.
2   Q.   And how were you doing academically leading
3   up to -- like, in the beginning of your sophomore
4   year?
5   A.   I was doing okay.
6   Q.   What kind of grades were you getting?
7   A.   I think, like, mostly Bs, maybe, like, one
8   C or something.
9   Q.   Okay.  And how did you do your freshman
10  year?
11  A.   Not as well, but I think I got, like, two
12  Cs or something.
13  Q.   Okay.  And how was the transition for you
14  from eighth grade into high school, into ninth grade?
15  A.   It was, like, a big difference.
16  Q.   In what ways was it different?
17  A.   Just, like, there was more people and,
18  like, I don't know, like, sports and stuff.  There was
19  just, like, a lot to balance.
20  Q.   Okay.  So kind of overwhelming with school
21  and more responsibility, would you say?
22  A.   Definitely more responsibility.  Yeah.
23  Q.   How about socially, did you have a lot of
24  friends that went to your high school that came from

Page 61

1   A. She was, like, asking me about what
2   happened to my face and stuff. And I, like, told her
3   that, like, a water bottle hit me in the face when I
4   was sleeping and stuff.
5       And then she, like, kind of said I was,
6   like, lying and stuff and that she didn't believe me.
7   And then she, like, asked who did it to me and kept
8   asking, like, if it was, like, my dad or, like, if it
9   was, like -- I don't know. Just the conversation was,
10  like, weird. I don't know.
11  Q. Was there anyone else around when ▓▓ was
12  asking you this?
13  A. Kind of. Like, she had kind of, like -- We
14  were, like, in between the two groups after, because
15  she had, like, called me over kind of. So we were,
16  like, a little separated from the rest of the groups
17  and stuff.
18  Q. Got it. Were you sitting down when Kyle
19  came over to you?
20  A. I think so. I don't really remember if I
21  was, like, sitting or, like, standing.
22  Q. Okay. But she called you over to, like,
23  another part of -- not far, but another part of the
24  lunchroom?

Page 62

1   A. Yeah. Kind of like the same table, but
2   away from our two groups.
3   Q. Got it. Okay. And could you tell if
4   anyone else was paying attention to your conversation?
5   Like, did you see anyone looking at you guys while you
6   were talking?
7   A. I don't think so. I didn't really, like,
8   look around.
9   Q. Sure. And how long did you talk to ▓▓?
10  A. Like, less than, like, three minutes
11  probably. Like, it was, like, a quick, like, thing, I
12  think.
13  Q. Okay. And when ▓▓ asked you about
14  whether your dad hit you, what was your response to
15  that?
16  A. I said no. Like, he wouldn't do that to
17  me.
18  Q. Did she keep pressing you about it?
19  A. Kind of, like, a little, but then I was
20  kind of, like -- I kind of, like, pulled away and I
21  was, like, confused.
22  Q. Okay.
23  A. She kind of, like, stopped talking to me
24  after I said no for, like, the second time.

Page 63

1   Q. And did you have any classes with ▓▓ at
2   the time?
3   A. I don't think so.
4   Q. And was she aware of how you were doing in
5   school at the time?
6   A. I don't think so.
7   Q. And did your father ever coach the same
8   soccer team as you and ▓▓?
9   A. I don't think he coached the -- My dad
10  coached when I was in, like, middle school, but she
11  wasn't on the same soccer team as I was in middle
12  school.
13  Q. Had ▓▓ ever had any interactions with
14  your dad?
15  A. I don't think so.
16  Q. When ▓▓ approached you about your face,
17  had you gone to the bathroom to see what your face
18  looked like, to see what she was talking about?
19  A. Well, I went, like, after, yeah, but I
20  didn't want to do it, like, in front of her.
21  Q. Sure. And when you went to go look at your
22  face, what did your face look like at that time?
23  A. The bruise had kind of darkened a little
24  and it was a little, like -- it was kind of, like,

Page 64

1   bluish, like, black now and it looked worse.
2   Q. And approximately how big was the bruise,
3   do you know?
4   A. Like, maybe, like, this big (indicating).
5   It wasn't, like, a huge bruise. It was, like, that
6   big, I think.
7   Q. So maybe one to two inches?
8   A. Yeah. It wasn't, like, huge. It was just
9   a little one.
10  Q. Got it. Okay.
11      MR. GRIFFIN: Katie?
12      MS. DAVIS: Yes.
13      MR. GRIFFIN: Can we take five?
14      MS. DAVIS: Oh, yeah. Absolutely.
15      (Brief break.)
16  BY MS. DAVIS:
17  Q. ▓▓, you were telling me after you spoke
18  to ▓▓ that you at some point went to go look to see
19  what your face looked like?
20  A. Mm-hmm.
21  Q. And you said that you had noticed a bluish
22  or black mark or bruise that looked worse and it was
23  small, maybe no more than one to two inches; is that
24  fair to say?



Page 65

1   A.  Yeah.
2   Q.  And did you do that immediately after you
3   spoke to ▇▇▇ or did you wait until after lunch to go
4   look?
5   A.  I waited until after lunch.
6   Q.  Did you go into a bathroom to look in a
7   mirror?
8   A.  Yeah. I think so.
9   Q.  Okay. I didn't know if you kept, like, a
10  compact mirror or something like that in your bag?
11  A.  No.
12  Q.  All right. And after you saw the mark,
13  what did you do next?
14  A.  I was kind of, like, oh, and not, like -- I
15  don't know. It wasn't painful still, so I was kind
16  of, like -- It wasn't that bad really, and then I,
17  like, went back to class and, like, tried to, like,
18  cover it, because it was weird looking.
19  Q.  Okay. What did you try to cover it with,
20  with your hair or?
21  A.  Yeah. Just, like, with my hair. I didn't
22  have any, like, makeup on me.
23  Q.  And do you recall what class you had after
24  lunch?

Page 66

1   A.  I think it was my art class.
2   Q.  Okay. At some point in time, do you recall
3   texting your father about moving your brother's bed?
4   A.  Yeah.
5   Q.  And when did you do that?
6   A.  I think at some point, like, during my art
7   class.
8   Q.  Was it after you had spoken to ▇▇▇?
9   A.  Yeah.
10  Q.  Okay. Do you remember exactly what you
11  told your dad?
12  A.  Not really. I think I just asked if we
13  could maybe move, like, ▇▇▇▇ bed so it wasn't,
14  like, up against mine because he, like, moves a lot
15  and knocks stuff off in his sleep and it had kind of
16  hit me.
17  Q.  Got it. And do you recall if that night
18  before ▇▇ had -- ▇▇▇ had slept on the bottom bunk
19  or the top bunk?
20  A.  I don't remember exactly.
21  Q.  And you said something about the bruise
22  wasn't painful still. Did the bruise ever become
23  painful?
24  A.  Not really. It was just, like, initially,

Page 67

1   like, when it first hit my face, it was kind of
2   painful, but then I was, like, half asleep, so it
3   wasn't, like, a thing.
4   Q.  Sure. So at some point in time, you were
5   in your art class. Did you end up missing most of
6   your art class because you had to go to Mrs. Tobey's
7   office?
8   A.  Yes.
9   Q.  Did you have to take your things with you
10  when you went to Mrs. Tobey's office?
11  A.  I don't remember if she had me take my
12  things with me, but I think I did.
13  Q.  Okay. Did you return back to your art
14  class after you were done in Mrs. Tobey's office?
15  A.  Yes.
16  Q.  And by the time you got back to your art
17  class, how much longer did you have to stay in your
18  art class?
19  A.  I think maybe, like, ten minutes. It
20  wasn't, like, a lot of time left.
21  Q.  Got it. Did anyone ask you where you went?
22  A.  Not really. I mean, I only had, like, one
23  friend in the class, and she just probably assumed I,
24  like, went to the office or something.

Page 68

1   Q.  Got it. And when Mrs. -- Did Mrs. Tobey,
2   was she the one that told you that another student or
3   someone said that you -- This is going to be a lot of
4   you said/he said/she said.
5       When you were there -- I'll try to talk as
6   slowly as I can so I don't confuse you, but please let
7   me know if what I say is confusing.
8       Did Mrs. Tobey tell you while you were
9   there that someone reported you said your dad hit you?
10  A.  Yes. She told me that, I think, when I was
11  in there with her and Ms. Wilson.
12  Q.  Okay. And do you remember anything else
13  specifically that Mrs. Tobey said?
14  A.  Nothing really other than, like, her saying
15  that they were, like, mandated reporters and that she
16  was going to have to call people and stuff. And then
17  I think I got, like, a little -- like, not hostile,
18  but a little, like, frustrated, because I kept saying
19  that, like, my dad didn't hit me, and she kept,
20  like -- you know...
21  Q.  And when she said that she was a mandated
22  reporter, did you understand what that meant?
23  A.  Kind of. Like, that she -- if there was,
24  like, a report of abuse, she had, like, a legal

Page 69

1  obligation to, like, call the police or tell someone
2  or something.
3      Q.  Okay.  And is it at that point when you
4  started to feel -- Were you feeling really defensive
5  then?
6      A.  Yeah.  I was, like, just frustrated,
7  because she wasn't, like, listening to me.
8      Q.  Did you start crying at any point in time?
9      A.  I don't know.  Maybe.
10     Q.  When she told you that she was going to
11 have to tell someone, did you understand what that
12 meant at that point?
13     A.  Kind of.  That she would have to, like,
14 talk to, like, the police or something, kind of.
15     Q.  Okay.  Did Mrs. Wilson say anything to you
16 when you were talking to Mrs. Tobey?
17     A.  I don't really remember exactly.
18     Q.  Okay.  When you left Mrs. Tobey's office,
19 how were you feeling?
20     A.  Upset.
21     Q.  And did you tell your art teacher what just
22 happened?
23     A.  No.
24     Q.  Okay.  Did you talk to any of your friends

Page 70

1  later in the day about what happened at Mrs. Tobey's
2  office?
3      A.  No.  I don't think so.
4      Q.  Did you text anybody in your family to let
5  them know that that happened?
6      A.  Maybe.  I don't know.  I might have texted
7  my dad or my mom.
8      Q.  Okay.  All right.  After you went back to
9  your art class, what's the next thing that you
10 remember happening that day?
11     A.  I remember, like, the end of the day kind
12 of happening and then I had to go to football
13 practice.
14     Q.  What time did football practice start?
15     A.  Like, 15 minutes after school ended, so,
16 like, three something-ish.
17     Q.  And what happened when you got to football
18 practice?
19     A.  I went into the locker room to change.  I
20 had to go to the girls' locker room and stuff, and
21 then a girl came in, like, an older girl, and told me
22 that Mr. Hart was looking for me.  He was my football
23 coach.  And so then I went out with Mr. Hart.
24     Q.  Did the older girl tell you why he was

Page 71

1  looking for you?
2      A.  No.  She just said that he said to come
3  outside.
4      Q.  Got it.  Okay.  Do you remember that older
5  girl's name?
6      A.  No.  I just remember she was, like, a
7  senior, I think.
8      Q.  Got it.  Was it someone you knew?
9      A.  I didn't know her.
10     Q.  You said Mr. Hart was your football coach;
11 is that right?
12     A.  Mm-hmm.
13     Q.  Is that a yes?
14     A.  Yeah.  Sorry.
15     Q.  That's okay.  And was Mr. Hart the school
16 resource officer as well?
17     A.  Yeah.  I think.
18     Q.  Okay.  Did he go to school in regular
19 clothes or did he wear a police uniform ever?
20     A.  I think regular clothes.  When he was
21 coaching football, he was in, like, regular clothes
22 and stuff.
23     Q.  Got it.  Okay.  Did Mr. Hart ever have a
24 dog with him?

Page 72

1      A.  Yeah.
2      Q.  What was the dog's name?
3      A.  Rebel.
4      Q.  Okay.  And did Mr. Hart have Rebel with him
5  that day?
6      A.  I'm not sure.  Maybe.
7      Q.  Up until that point, did you have a good
8  relationship with Mr. Hart?
9      A.  Yeah.  He was, like -- He was really nice.
10 All the coaches, like, on the football team were
11 really supportive and helpful because it was new for
12 me and stuff.
13     Q.  Were they really excited to have a girl --
14 You said you were the kicker, right?
15     A.  Yeah.
16     Q.  Were they really excited to have a female
17 kicker on their team?
18     A.  Yeah.  They said that, like, there hadn't
19 been any, like, girls on the football team yet, so it
20 was, like, the first time, so it was, like, new for
21 everyone which was cool.
22     Q.  I think your dad may have said this.  Did
23 you have, like, a newspaper write-up about you?
24     A.  Yeah.

Page 73

1  Q. Was that exciting?
2  A. He still tells people about that.
3     Yeah. It was cool.
4  Q. Do you remember if that write-up was before
5  or after this happened?
6  A. I think it was before.
7  Q. Had you played in a game before that, by
8  the way?
9  A. Yeah.
10 Q. Okay. How did that go?
11 A. It was good. We won.
12 Q. Oh.
13 A. It was, like, the first game.
14 Q. Did you have to kick a goal or anything?
15 A. I didn't -- There weren't a lot of, like --
16 We didn't do a lot of, like, field goals. I would
17 just, like, do the starting kick and, like, other
18 stuff like that.
19 Q. Okay. Got it.
20 A. I didn't really understand it that much,
21 but they just told me to go kick.
22 Q. Sure. That's fair. All right. So
23 Mr. Hart called you out. Did you end up getting
24 changed back into your regular clothes or were you in

Page 74

1  your football uniform?
2  A. I think -- I hadn't put on, like, all my
3  gear yet, so I think I was just in, like, my just,
4  like, sports clothes, like, shorts and a tank top or a
5  tee shirt or something.
6  Q. Okay. Got it. And when Mr. Hart called
7  you out, did you have to take all of your things with
8  you or did you leave your things in your locker?
9  A. I didn't have a locker in there. We didn't
10 have, like, lockers. We only used lockers for gym
11 class, but I think I took my stuff out with me.
12 Q. Got it. Where did you meet Mr. Hart?
13 A. Like, right outside. So the girls' locker
14 room and the boys' locker room, like, when you walk
15 out of both of them, they're, like -- it's, like, they
16 meet in the middle kind of outside, so I met him
17 there.
18 Q. And what did Mr. Hart say when you met him
19 there?
20 A. He said I needed to go up with him to
21 Mrs. Tobey's, like, office.
22 Q. Did that make you really nervous?
23 A. Kind of. I was just, like, I don't know,
24 anxious, I guess.

Page 75

1  Q. Okay. Did you feel scared at all at that
2  point in time?
3  A. A little bit, because then, like, they
4  brought me into, like, the back room of the office,
5  because I couldn't go into, like, Mrs. Tobey's office
6  yet, I guess.
7  Q. And when you say "they" brought you into
8  the back room, who are you talking about?
9  A. Mr. Hart and then, like, there was, like --
10 I think this was when the police came. There was two,
11 like, officers in, like, uniforms, like, "officer"
12 officers.
13 Q. You said two uniformed officers came?
14 A. Mm-hmm. But that wasn't until, like,
15 later. Like, I was in the back room waiting for,
16 like, two hours with Mr. Hart.
17 Q. And what were you doing for those two hours
18 when you were waiting with Mr. Hart?
19 A. I was just sitting there and, like, asking
20 him questions. And, like, I asked him if I could,
21 like, go on my phone to text my dad, and I wasn't
22 allowed to. And then I was worried that, like, my
23 parents were going to get, like, nervous because,
24 like, he had me there for, like, two hours, and I

Page 76

1  wasn't able to, like, text anyone or tell them where I
2  was and stuff. So it was, like, weird for me to,
3  like, be running late or, like, miss my ride or
4  something and not text.
5  Q. Got it. Okay. What time did football
6  practice typically end?
7  A. I want to say, like, five something maybe.
8  Q. Okay. And how did you normally get home or
9  how would you have gotten home that day from football
10 practice?
11 A. My dad would have picked me up.
12 Q. Okay. Did Mr. Hart tell you anything about
13 what was going on?
14 A. Kind of. He was telling me that, like, my
15 brothers were being, like, kept at the school and
16 stuff, and that they were trying to find my sister.
17 Like, he was asking me questions about where my sister
18 would be and stuff, because I think she was, like, at
19 a friend's house or something during all of this.
20 Q. Do you recall if you did any homework while
21 you were waiting with Mr. Hart or, I don't know, doing
22 anything else while you were waiting there?
23 A. I think I started to do some of my geometry
24 homework a little.

Page 77

1  Q. While you were waiting with Mr. Hart, you
2  said that you were in a small back room. Was it like
3  an office? Was it like a classroom?
4  A. It was like a lounge.
5  Q. A lounge. Got it. And was it like a --
6  Was the door open when you were waiting with Mr. Hart?
7  Was it closed?
8  A. I don't really remember if it was open or
9  closed.
10  Q. Got it. Okay. Did you ever ask to leave
11  when you were in the office or when you were in that
12  back office with him?
13  A. I think I asked if I could leave, and then
14  I asked if I could, like, text my parents to leave,
15  but he said I wasn't allowed to text anyone.
16  Q. Okay. During those two hours as you waited
17  with Mr. Hart, did you speak to anybody else? Did you
18  speak to Mrs. Tobey, anyone else from the school or
19  any of the -- Yeah. Did you speak to any of the
20  school staff while you were waiting with Mr. Hart?
21  A. No. I don't think any of them came in,
22  like, when we were waiting.
23  Q. Okay. And then at some point you said that
24  you spoke to -- Or at some point, maybe two hours

Page 78

1  later, you said police arrived; is that right?
2  A. Mm-hmm.
3  Q. Do you remember what their names were or
4  what police officers arrived?
5  A. No. I'm sorry.
6  Q. That's fine. And then you said someone
7  from DCF arrived as well?
8  A. Mm-hmm.
9  Q. Is that a yes?
10  A. Oh, yes. Sorry.
11  Q. That's okay. And how did you know someone
12  from DCF arrived?
13  A. Because they had, like -- When the DCF
14  person came, they brought me into Ms. Tobey's office
15  with the DCF person.
16  Q. Got it. Okay. And when you got into
17  Mrs. Tobey's office, who else was in the office?
18  A. Ms. Tobey. I don't know if Ms. Wilson was
19  there at this time, and then the two officers were in
20  there, and then I think after, like, when the officers
21  went out, they brought in the DCF person.
22  Q. Okay. Did those two officers ever ask you
23  any questions?
24  A. Yeah. I think so.

Page 79

1  Q. Do you recall what, if anything, they asked
2  you or said to you?
3  A. I think they were asking, like, the same
4  questions as the DCF worker was asking about, like,
5  has your dad ever hit you, what is the bruise from,
6  like, stuff like that.
7  Q. Got it. Okay. Did at any point in time
8  you ever tell anyone that you got the bruise from
9  football?
10  A. I don't think so.
11  Q. Okay. And did you ever tell anyone that
12  you got the bruise because your brother fell off his
13  bed?
14  A. I don't think so.
15  Q. Okay. And the two officers, you said they
16  were both in a uniform?
17  A. Yeah.
18  Q. Did they look like the same uniform or did
19  they have different colored shirts on or something
20  like that?
21  A. I don't know.
22  Q. Okay. So at some point, the DCF person
23  comes in; do you recall that person's name?
24  A. No. Sorry.

Page 80

1  Q. Do you remember what he looked like at all?
2  A. He was kind of, like, tall-ish. He was
3  white and, like, dark hair, I think.
4  Q. And what was he wearing, do you remember?
5  A. I think just, like, a, like, button-up
6  shirt and, like, nice pants, I think.
7  Q. Was there one person from DCF there or more
8  than one person?
9  A. There was only one person.
10  Q. Did you see anyone else there besides the
11  two officers, Mrs. Tobey and the DCF worker in
12  Mrs. Tobey's office?
13  A. No.
14  Q. Did Mr. Hart go in the office with you?
15  A. No.
16  Q. And what did -- How long did you talk to
17  the DCF worker?
18  A. Like, 20, 30 minutes-ish.
19  Q. Okay. And what sorts of things did he ask
20  you?
21  A. Just, like, the same questions as the
22  police officers. Like, he asked more about, like, at
23  home if it was safe and, like, all that kind of stuff.
24  Q. Okay. What did you tell him?

Page 81

1   A.   That I was in a safe, like, good home and,
2   like, no one in that house would ever do anything to
3   hurt me.
4   Q.   And that was the truth, right?
5   A.   Yes.
6   Q.   When you went to talk to -- When you were
7   talking to the DCF worker, did you ask to leave at
8   that point in time?
9   A.   I'm not sure.
10  Q.   Okay.  Did anyone tell you what the next
11  steps were going to be, like, when you could go home?
12  A.   Not really.  I went, like -- After I talked
13  to, like, the officers and then the DCF worker, they
14  brought me back into the room and, like, put me back
15  with Mr. Hart.  And then I think I asked, like, where
16  my brothers were and then if I was allowed to, like,
17  leave yet.  And then they called, like, a girl police
18  officer and she dropped me at my grandma's house.
19  Q.   Do you remember that officer's name?
20  A.   No.  I'm sorry.
21  Q.   That's fine.  The two police officers that
22  you spoke to -- I imagine you didn't want to be there;
23  is that fair to say?
24  A.   Yeah.

Page 82

1   Q.   Do you feel that those two police officers
2   were kind to you?  Respectful to you?  Harsh with you?
3   How would you describe your conversation with them?
4   A.   They were pretty kind.  It was just, like,
5   they were nice to me and stuff and then -- but when I
6   would ask, like, questions, like, where's my parents,
7   where's my brothers or, like, when am I allowed to go,
8   can I text people, it was, like, they would kind of,
9   like, not, like, outright be, like, no -- well,
10  Mr. Hart said, no, I couldn't text people, but, like,
11  they wouldn't really answer me or, like, give me,
12  like, any info.
13  Q.   Is it fair to say that you were frustrated
14  that you didn't really know what was going on at the
15  time?
16  A.   Frustrated and, like, very upset.
17  Q.   Okay.  Because you didn't know what was
18  going on; is that fair?
19  A.   Yeah.
20  Q.   And were you also frustrated and upset that
21  no one was telling you after you kept asking?
22  A.   Yes.
23  Q.   Were you also a little frustrated and upset
24  because you weren't really sure what was going on with

Page 83

1   your siblings at the time?
2   A.   Yeah.  I was worried about them and, like,
3   where they were and stuff.
4   Q.   Were you worried about your mom or your dad
5   at that point?
6   A.   Yeah.  I was more worried that they were,
7   like, worried for, like, all of us because maybe they
8   didn't know where we were and stuff.
9   Q.   Okay.  And as the big sister, do you take
10  sort of a -- I don't know how to say this.  As the big
11  sister, did you often look after your younger
12  siblings?
13  A.   Yeah.  I cared about them, like, a lot.
14  Q.   All right.  So at some point in time -- How
15  about Mr. Hart?  I know that you didn't want to be
16  there.  Do you feel that Mr. Hart treated you with
17  respect or was nice to you?
18  A.   He was, like, nice to me, but it was,
19  like -- I don't know.  It was, like, not, like, fake
20  nice, but it was kind of, like, he wouldn't, like,
21  tell me anything or, like, let me leave or, like, let
22  me text my parents and stuff.  And I don't think he
23  was, like, supposed to do that.
24  Q.   Did you ever ask Mrs. Tobey or the DCF

Page 84

1   worker or the other two officers if you could text
2   your parents?
3   A.   I don't think so.
4   Q.   Okay.
5   A.   I didn't really talk to Ms. Tobey.
6   Q.   You didn't really talk to her again?
7   A.   Not, like, the second time, I didn't talk
8   to her as much.  I more talked to, like, the DCF
9   worker and then the police and stuff.
10  Q.   Do you recall if you spoke to the police
11  before or after you spoke to the DCF worker?
12  A.   I don't remember which order it was.
13  Sorry.
14  Q.   And you said that Mr. Hart was nice, but he
15  was kind of fake nice?
16  A.   Yeah.  It seemed like all of them were
17  being kind of, like, fake nice.
18  Q.   Okay.  And what does that mean, "fake
19  nice"?
20  A.   It was like they were being, like, nice to
21  me and stuff and respectful, but it was also like they
22  were doing something they weren't supposed to do and
23  wouldn't let me leave.
24  Q.   Okay.  When you say they were doing

Page 93

1  Q.  Okay.
2  A.  I'm sorry.
3  Q.  No.  That's fine.  Does that sound like
4  that's something that could have happened and you just
5  don't remember or you think that that could not have
6  happened?
7  A.  I don't know.  Like, I blocked, like, a lot
8  of it out, so it was a lot.
9  Q.  Sure.  At some point, did you go back to
10 your house?
11 A.  Yeah.  That night.
12 Q.  With your siblings and your mom?
13 A.  Mm-hmm.
14 Q.  Yes?
15 A.  Yes.
16 Q.  Did you see your dad that night?
17 A.  I don't think I saw my dad that night.  I
18 think I saw him, like, a day or two after.
19 Q.  Do you remember if you went -- Did you have
20 a hard time going to sleep that night?
21 A.  Yeah.  I didn't sleep.
22 Q.  Okay.  And is it because you were -- why
23 couldn't you sleep?
24 A.  Because I was really upset about, like, all

Page 94

1  of the stuff that had happened that day and I was
2  really worried about my dad and that he wasn't home
3  and stuff.  It made me upset.
4  Q.  Do you recall ever talking to ▇▇▇ about
5  the water bottle hitting you in the face?
6  A.  Maybe.
7  Q.  Are you aware that ▇▇▇ says that he
8  didn't have a water bottle that hit you in the face?
9  A.  No.
10 Q.  Do you think -- Well, actually, let me
11 backtrack.  The next day, what did you do in the
12 morning?  Did you go to school?
13 A.  I think I went to school.  I don't know.
14 One of the days I had to stay home or something.  I'm
15 not sure.
16 Q.  Did you ever go to court?
17 A.  Yeah.
18 Q.  Tell me what you remember about going to
19 court.
20 A.  I remember sitting in the, like, kind of
21 pews things, like, the benches or whatever, and then,
22 like, waiting for my dad to get out and stuff.
23 Q.  And when your dad got out, where did you
24 go?

Page 95

1  A.  I think we went home.
2  Q.  Okay.  Do you recall sitting in, like, a
3  side anteroom at all for a little while waiting?
4  A.  Yeah.
5  Q.  Tell me about that.
6  A.  I was in there, and I think someone was
7  talking to me asking me questions maybe.
8  Q.  Do you recall who it was?
9  A.  No.  And then my dad was there for a
10 little.
11 Q.  Okay.  Did anyone make you aware as to what
12 was going on that day, like, what was going on in
13 court?
14 A.  I think they did.  I just tried to, like,
15 forget all of it so...
16 Q.  Yeah.  Okay.  Sorry just to bounce back for
17 a second.  Do you recall the DCF worker asking to take
18 a photograph of your face?
19 A.  Yeah.  I think so.
20 Q.  And do you recall telling him that he could
21 not take a picture of you?
22 A.  Yeah.
23 Q.  And why did you refuse to let him take a
24 picture of you?

Page 96

1  A.  Because I was upset, and I already was,
2  like, really frustrated and wanted them to just let me
3  go home and give me answers, so I was kind of getting,
4  like -- not, like, rude but, like, kind of rude.
5  Q.  Sure.  Okay.  At any point in time, do you
6  recall someone suggesting you go see the nurse?
7  A.  No.
8  Q.  And earlier that day when you saw
9  Mrs. Wilson and Mrs. Tobey, did they suggest you go
10 see the nurse?
11 A.  No.  The only mention of the nurse was that
12 a student came and told her that and then that was it.
13 I didn't see her.
14 Q.  Got it.  Okay.  When you were back at your
15 house, were you ever there -- Did DCF ever come to
16 your house that you're aware of?
17 A.  They came when I wasn't there, I think.
18 Q.  So you weren't there when DCF came to your
19 house?
20 A.  No.
21 Q.  Did DCF ever do a second interview of you?
22 A.  I don't know.  I don't think so.
23 Q.  Okay.  Do you remember having to give any
24 other interviews after being at the school?

Page 121

1   BY MS. DAVIS:
2   Q.   Is it fair to say you've never seen any of
3   these DCF forms before?
4   A.   (Witness reviewing document.)  No.
5   Q.   Okay.  At some point someone from DCF had
6   interviewed your brother.  It looks like with ▓▓▓▓▓.
7   And ▓▓▓▓▓ told the DCF officer -- the DCF worker --
8   Well, the DCF worker asked ▓▓▓▓▓ if he had heard
9   anyone argue or yell, and he said that you and ▓▓▓▓
10  were swearing and yelling at one another this morning.
11  Does that sound familiar at all?
12  A.   I mean, I don't know exactly what it was
13  about or if it happened that morning, but ▓▓▓ and I,
14  like, we fight sometimes because we are very
15  different.
16  Q.   Okay.  So it's possible that you and ▓▓▓
17  may have been arguing and yelling that morning; is
18  that fair to say?
19  A.   Maybe, like, over clothes or something.  I
20  don't know.  I can't really say.
21  Q.   Okay.  And, sorry, for the record, I read
22  from Page 2.  It looks like it's the second chunk of
23  text down.
24       I'm going to scroll down again.  Still on

Page 122

1   Page 2, some of the highlighted portions.
2        All right.  Here it says -- and I'm
3   starting with, "Ms. Tobey advised that after receiving
4   the statement from ▓▓▓▓▓'s friend that her father had
5   hit her, ▓▓▓▓▓ has since told her that her brother
6   had fallen off a bunk bed this morning and that was
7   the cause of the injury."
8        Do you recall telling Mrs. Tobey or anyone
9   else from the school that your injury was caused by
10  your brother falling off the bunk bed?
11  A.   No.
12  Q.   Do you know if it's true or not?
13  A.   No.  It was the water bottle.
14  Q.   Okay.  So you would say that that
15  statement's not true?
16  A.   Not true.
17  Q.   So I asked -- It says here the staff person
18  is David Skutul.  Do you recall that name at all?
19  A.   No.
20  Q.   So I guess, "I" -- meaning David -- "asked
21  if the family has been living in Walpole for a period
22  of time as there was a report that ▓▓▓▓▓ had
23  mentioned that they had been in foster care before,
24  but the department does not have any record of this."

Page 123

1   So that's true, you spent your whole life
2   living in Walpole, correct?
3   A.   Yes.
4   Q.   And it's true that you've never been in
5   foster care before, correct?
6   A.   No.  Never.
7   Q.   It's correct that you've never been in
8   foster care?
9   A.   Yes.  Sorry.  I've never been.
10  Q.   And here it says, "The department does not
11  have any record of this."
12       So, "Lee Tobey said that ▓▓▓▓▓ has been in
13  their system since kindergarten."  Is that correct?
14  A.   Yes.
15  Q.   "I asked if ▓▓▓▓▓ has an IEP or any
16  conduct history, she said no IEP and history of
17  conduct issues."  And it looks like the sentence is
18  written poorly.  It's correct that you've never had an
19  IEP, correct?
20  A.   Yeah.  No IEP.
21  Q.   Okay.  And then I can't tell if it says she
22  said no history of conduct issues or that you did have
23  a history of conduct issues.  Have you ever had any
24  disciplinary issues at school?

Page 124

1   A.   No.
2   Q.   Okay.  It says, "▓▓▓▓▓ has a significant
3   nurse's record where she has seen the nurse for
4   anxiety."  Is that true?
5   A.   Yeah.
6   Q.   Is that sort of the stuff that we've talked
7   about being school related?
8   A.   Yeah.
9   Q.   "I asked Lee to show me a picture of ▓▓▓▓▓
10  prior to meeting with her so that I have a baseline
11  for the alleged marks.  Lee used the picture assigned
12  to ▓▓▓▓▓ in the school database."
13       You have, like, a school picture with the
14  school; is that right?
15  A.   Mm-hmm.  Yes.  Sorry.
16  Q.   It then says, "I asked to speak with ▓▓▓▓▓
17  who was across the hall with one of her football
18  coaches as well as Walpole police officer."  Is that
19  Mr. Hart?
20  A.   Yes.
21  Q.   I'm just going to scroll down just to make
22  it a little bit easier.  "▓▓▓▓▓ came to Lee's office
23  where Lee" -- so Mrs. Tobey -- "and Detective Mike
24  stayed."  Does that name, "Detective Mike," sound

Page 129

1  she was alone in the basement." Does that sound
2  correct?
3  A.  Mm-hmm. Yes.
4  Q.  "Mom got home around 6:30 p.m. I asked if
5  there were any arguments last night. She said no. I
6  asked about any disagreements. She said, no, nothing
7  eventful happened." Is that right?
8  A.  Yes.
9  Q.  "I asked what time she woke up this
10 morning. She said 5:00 a.m." Is that correct?
11 A.  I don't think so.
12 Q.  Are there any times where you wake up that
13 early?
14 A.  Not really. No. Unless I have something,
15 like, at five, like, that I have to wake up early for.
16 Q.  Okay. "I asked if there were any arguments
17 or issues this morning. She said no. I asked when
18 did her brother fall on her as well as the water
19 bottle. She said last night." Is that correct?
20 A.  The water bottle fell on me.
21 Q.  Okay. So the part about your brother is
22 not correct?
23 A.  No.
24 Q.  Okay. It then says, "I asked when the last

Page 130

1  time she was punished for something. She said within
2  the past two weeks due to grades. I asked what and
3  why are they generally punished. She said mainly
4  school stuff." And I think "they" meant you and your
5  siblings. Is it correct that you got into a little
6  bit of trouble because of grades before your father's
7  arrest?
8  A.  I get my, like, phone taken away or, like,
9  I'd have to go to bed early or something like that.
10 Q.  Okay. So that had happened within two
11 weeks before your father was arrested; does that sound
12 about right?
13 A.  I mean, I don't think so. I think I was
14 doing pretty well in school at this time, so I don't
15 think so.
16 Q.  Just scrolling down again to that other
17 highlighted part: "I addressed the statement in the
18 51A that she was quoted as saying that she was in
19 foster care before. She said that she never remembers
20 saying that and that she has never been in foster care
21 but her cousins have." Is that correct?
22 A.  I don't know. They were, like, taken from
23 my aunt, but I don't know if they were in foster care.
24 Q.  Okay. "I, again, addressed the concern

Page 131

1  that she had been seen a couple of weeks ago with a
2  bruise on her face. She said that she got hit in the
3  face with a puck as she plays street hockey with her
4  cousins." Does that sound familiar at all?
5  A.  I don't think I had any bruises before
6  that.
7  Q.  Do you play street hockey with your
8  cousins?
9  A.  Sometimes if we're hanging out. Like,
10 sometimes I'll play, like, street hockey or skateboard
11 or something like that.
12 Q.  Okay. Do you skateboard also?
13 A.  Not, like, anymore. I'm not very good at
14 it.
15 Q.  Okay. Do you recall ever getting hit in
16 the face with a hockey puck around then?
17 A.  I don't know. Like, I could have, but I
18 don't know.
19 Q.  Okay. "I asked if she had any other marks
20 or bruises. She said no. She was wearing a long
21 sleeve shirt covering her arms. She was wearing
22 shorts. No obvious marks or bruises that signified
23 abuse. I asked if I could take a picture of the marks
24 on her face. She said no." Does that sound accurate?

Page 132

1  A.  Yeah.
2  Q.  Later in the report it says, "Police had
3  arranged for a female officer to pick [redacted] up from
4  school and bring her to MGM's home," so maternal
5  grandmother's home. Is that right?
6  A.  Yes.
7  Q.  And this is the -- again, David Skutul's
8  report here on Page 4 going onto Page 5 about visiting
9  your home. It says, "I was then allowed to see the
10 bedrooms. In [redacted] and [redacted] room, there was a
11 bunk bed against the wall with a twin bed at the
12 bottom of the footboard." Does that sound right?
13 A.  Yeah.
14 Q.  "I also observed the top bunk to only have
15 sheets on the bed, while the bottom bunk had a pillow
16 and blankets." Does that sound about right?
17 A.  Yeah.
18 Q.  "Mother also pointed out a large, white,
19 metal water bottle that was on Shawna's bed." Do you
20 know about -- Do you or [redacted] have a large white metal
21 water bottle?
22 A.  I'm not sure. Probably. We have a lot of
23 water bottles.
24 Q.  "Mother put the water bottle on the dresser

Page 133

1  by the door. I held the water bottle as it was
2  semi-full and heavy." When you went home, did you see
3  that water bottle, do you remember?
4      A.  I don't recall.
5      Q.  The next part they contacted the
6  pediatrician and spoke with someone named Erica. It
7  says they confirmed that you were seen the day before,
8  so on October -- They called on October 26th, so you
9  went in on October 25th.
10         It says, "The doctor only documented a
11 bruise on the right cheekbone, nothing noted about the
12 left. Both doctor and mother questioned the child's
13 discontinued use of Accutane to be possible cause of
14 easy bruising. In the notes, doctor reported to have
15 taken pictures of ▇▇▇." Do you remember that
16 happening? Did that happen in front of you at the
17 pediatrician's office?
18     A.  I'm not really sure.
19     Q.  Okay.
20     A.  I don't remember.
21     Q.  Do you recall a doctor taking any
22 photographs of you?
23     A.  I recall going to the doctor's, but I don't
24 remember anyone taking pictures of me.

Page 134

1      Q.  Okay. Got it. Okay. It says that the DCF
2  followed up again with your guidance counselor. And
3  it says, "▇▇▇ has not met with her since the
4  incident and had rarely made contact with her prior."
5  Is that correct?
6      A.  Yeah.
7      Q.  "Ms. Wilson was aware of ▇▇▇ as kids
8  came to her last year worried that she has been
9  cutting herself." Is that correct?
10     A.  Yes.
11     Q.  And those were those SOS messages that you
12 were referring to?
13     A.  Yeah.
14     Q.  "Ms. Wilson did reach out to father and he
15 said that he would have her seen by the pediatrician."
16 Do you recall that, seeing the pediatrician?
17     A.  I don't remember.
18     Q.  Okay. And it says here, too, "Ms. Wilson
19 reported that ▇▇▇ is not doing well academically."
20 Do you remember that at all or is that something that
21 you disagree with at the time?
22     A.  I don't think I was doing not well.
23     Q.  Okay. And we talked about this, so you did
24 not allow the person from DCF to take a photograph of

Page 135

1  your face, correct?
2      A.  Correct.
3          MS. DAVIS: All right. The next
4  exhibit I'm going to show you is Exhibit 3. This is
5  Detective Benner's report and there's just a portion
6  in here that I just wanted to go over with you.
7          (Exhibit No. 3 was marked for
8          identification.)
9          BY MS. DAVIS:
10     Q.  You've never seen any of the police reports
11 in this case; is that correct?
12     A.  (Witness reviewing document.) Yeah.
13 That's correct.
14     Q.  Okay. So Detective Benner said he was in
15 the room along with Vice Principal Lee Tobey, and the
16 victim stated that she currently shares a room with
17 her younger brother ▇▇▇, age seven. Does that sound
18 about right?
19     A.  Yes.
20     Q.  "She stated that last night while sleeping,
21 ▇▇▇ fell off the bunk and landed on her." Do you
22 recall saying that or is that correct?
23     A.  I don't think so.
24     Q.  Okay. "She stated that he also caused a

Page 136

1  water bottle to fall on her while she was sleeping
2  which caused the marks on both sides of her face." Is
3  that correct?
4      A.  Yeah, I think the water bottle part.
5      Q.  "She stated that there had been no other
6  altercations and that her brother falling is what
7  caused her bruising. I could see bruising on both of
8  the victim's cheekbones."
9          Let me break that up. "She stated that
10 there had been no other altercations." That's
11 correct, right?
12     A.  Yeah.
13     Q.  "And that her brother falling is what
14 caused her bruising." Do you agree with that
15 statement?
16     A.  I think it was the water bottle. I don't
17 know.
18     Q.  Okay. "I could see bruising on both of the
19 victim's cheekbones." Did anyone say anything to you
20 about seeing bruising on both sides of your face?
21     A.  I don't think so.
22     Q.  Okay. Detective Benner described the
23 bruises as fresh and recent. Would you agree that the
24 bruise on -- the one bruise that you say you had

Page 137

1  looked fresh and recent?
2  A.  Yeah. I think so. I think it happened,
3  like, the night before so...
4  Q.  Okay. "When asked if her father had ever
5  struck her physically, she stated that he spanked her
6  once when she was six years old after she was being
7  unsafe crossing the street." Is that correct?
8  A.  Yeah.
9  Q.  "The bruising was only on both of her
10 cheeks, not on her nose, which seemed odd if someone
11 or something, a water bottle, fell on you."
12     Did Detective Benner or the other police
13 officer who was there tell you that they thought it
14 was strange that you had bruising from the water
15 bottle?
16 A.  I don't really remember. I don't think so.
17    MS. DAVIS:  Okay. I'm just going
18 to scan this a little bit, because I want to move
19 along. I don't want to ask you a bunch of
20 questions -- the same questions.
21    All right. I'm going to mark as Exhibit 4,
22 this is Officer Hart's report, Mr. Hart's report, that
23 he wrote on -- It says it was entered on November 8th,
24 2018.

Page 138

1         (Exhibit No. 4 was marked for
2          identification.)
3    BY MS. DAVIS:
4  Q.  I'm just going to go to the middle two
5  photographs. Okay. It says here, "Also, a few weeks
6  before the incident, Sullivan" -- so meaning you --
7  "came to practice with a bruise on her right cheek,
8  which was very similar to the bruise she had on her
9  face during this incident as well. On that day a
10 couple weeks prior, I pulled Sullivan aside during
11 practice and inquired about her bruise, to which she
12 immediately replied that she got hit in the face while
13 playing hockey with her siblings." Do you recall ever
14 having that conversation with Mr. Hart?
15 A.  No.
16 Q.  Okay. Do your siblings play hockey at all?
17 A.  My little brothers are both on hockey
18 teams.
19 Q.  Okay. "I later learned that she told some
20 of her teachers that asked about that same bruise that
21 it happened at football." Do you recall telling any
22 of your teachers before your father was arrested that
23 you had a separate bruise from football on your face?
24 A.  I don't think so. No.

Page 139

1  Q.  Have you ever received a bruise on your
2  face from football?
3  A.  No. I was a kicker so...
4  Q.  "While waiting for Sullivan to speak with
5  detectives and DCF, I tried to keep her calm by
6  talking about football and school." Did Mr. Hart try
7  to talk to you about football and school while you
8  were waiting?
9  A.  Yeah.
10 Q.  "Sullivan stated to me that she was having
11 difficulty with her math class and that her parents
12 were not happy with her current grade in that class."
13 Do you remember that at all?
14 A.  Yeah. That was the class I had, like, a C
15 or something in, and I wasn't, like, doing good.
16 Q.  Do you recall talking to Mr. Hart about
17 that that day?
18 A.  Not really. I remember doing my geometry
19 homework, like, in the room with him, but I don't
20 remember talking to him a lot.
21 Q.  Okay. "I asked her if her parents put a
22 lot of pressure on her to do well in school, and she
23 rolled her eyes and nodded yes." Is that a correct
24 statement?

Page 140

1  A.  Yeah. It's not really, like, pressure.
2  It's more, like, they want me to succeed kind of.
3  Q.  Sure. They have high expectations of you
4  then?
5  A.  Yeah. Because I want to do well.
6  Q.  Sure. "She stated that they are really
7  hard on her because she was the oldest and wanted her
8  to do well." Is that right?
9  A.  Yeah.
10 Q.  "As Sullivan and I continued to talk, she
11 kept changing the subject back and to the current
12 situation and kept inquiring about whether or not her
13 parents would find out about this situation." Do you
14 agree with that statement?
15 A.  Well, I was asking if they were going to
16 call my parents or if I could or when I was going to
17 get to see my parents.
18 Q.  Okay. "She was also very worried about the
19 well-being of her younger siblings as well." That's
20 correct, right, you said that before?
21 A.  Yeah.
22 Q.  "Every time Sullivan inquired about the
23 current situation and if her parents would be called,
24 I continued to try to redirect her and assure her that