4



## Commonwealth of Massachusetts
## Department of Children and Families*

# Intake Report - 51A Report

### Intake Information

| | | | |
|---|---|---|---|
| Intake Name & ID | Sullivan - 3891415 | Hotline ☐ | Office |
| Report Type & Date | 51A Report - 10/24/2018 - 01:56 PM | Worker and Agency | |
| Decision & Date | - | Brian Guzzi | |
| | | Arlington Intake A | |
| Status & Date | In Process - 10/24/2018 | | |

### Information on Children

| Name | ~~Shawn~~ Sullivan | Birth Sex | | Role(s) | Reported Child (In Home) |
|---|---|---|---|---|---|
| DOB-Age SSN | ~~05/03/200~~ - 15 Years | Primary Language | Unknown | | |
| | | ICWA Race | | | |
| Address | (H) 165 Kendall Street, Walpole, MA 02081 | Phone | | | |
| | | Other Contact Information | | | |

| Name | ~~Tara~~ Sullivan | Birth Sex | Female | Role(s) | Non-Reported Child (In Home) |
|---|---|---|---|---|---|
| DOB-Age SSN | ~~07/21/200~~ - 12 Years | Primary Language | Unknown | | |
| | | ICWA Race | | | |
| Address | (H) 165 Kendall Street, Walpole, MA 02081 | Phone | | | |
| | | Other Contact Information | | | |

| Name | ~~Colin~~ Sullivan | Birth Sex | Male | Role(s) | Non-Reported Child (In Home) |
|---|---|---|---|---|---|
| DOB-Age SSN | ~~/10/201~~ - 7 Years | Primary Language | Unknown | | |
| | | ICWA Race | | | |
| Address | (H) 165 Kendall Street, Walpole, MA 02081 | Phone | | | |
| | | Other Contact Information | | | |

* Revised February 2016
Doc ID: CMRAND  [Child Abuse/Neglect Report (51A)]

Printed 10/26/18 08:56 AM

D000154

Sullivan, et al. v. Walpole, et al.

| Name<br>DOB-<br>Age<br>SSN | ███ Sullivan<br>███ - 5 Years | Birth Sex<br>Primary Language<br>ICWA<br>Race | Male<br>Unknown | Role(s) | Non-Reported Child (In Home) |
|---|---|---|---|---|---|
| Address | (H) 165 Kendall Street,<br>Walpole, MA 02081 | | Phone<br>Other Contact Information | | |

## Information on Adults and Alleged Perpetrators

| Name<br>DOB-<br>Age<br>SSN | Edward Sullivan | Birth Sex<br>Primary Language<br>ICWA<br>Race | Male<br>Unknown | Role(s) | Adult (In Home) |
|---|---|---|---|---|---|
| Address | (H) 165 Kendall Street,<br>Walpole, MA 02081 | | Phone  (C) (508) 801-6832<br>Other Contact Information<br>(C) (508) 801-6832 | | |

| Name<br>DOB-<br>Age<br>SSN | Heather Sullivan | Birth Sex<br>Primary Language<br>ICWA<br>Race | <br>Unknown | Role(s) | Adult (In Home) |
|---|---|---|---|---|---|
| Address | (H) 165 Kendall Street,<br>Walpole, MA 02081 | | Phone  (C) (508) 287-4057<br>Other Contact Information<br>(C) (508) 287-4057 | | |

## Information on Reporter

| | | | |
|---|---|---|---|
| **Name** | Lee Tobey | **Report Source** | School Personnel |
| **Type** | Mandated | | |
| **Address** | (B) 275 Common Street, Walpole High School, Walpole, MA 02081 | **Phone** | (B) (508) 660-7257 |
| **Other contact information** | | | |

**What is the reporter's relationship to the child(ren)?** No Relationship

**Relationship description:** Assistant Principal

**Incident date and description:** 10/23/2018 -

**When was the reporter's last contact with the family?**

**Does the reporter have knowledge of prior abuse/neglect in this family?** No

**Has the reporter informed the family that s/he is making the report?** No

## Reported Concern(s) or Reason(s) for Intake

Mandated reporter is alleging of ▓▓▓ Sullivan by the father, Edward Sullivan.

▓▓▓ came in this morning with significant bruises on her cheek bones. At lunch one of her friends asked ▓▓▓ what happened to her face. Her friend noticed a few weeks ago and ongoing that ▓▓▓ has had bruising. The facial bruising was very concerning today according to the reporter. Initially her friend asked Shawna what was on her face. ▓▓▓ first didn't want to talk about it but then said "I can't talk about it. This would destroy my family." "I am not allowed to talk about it." The ▓▓▓ said someone in her family had hit her. Her friend asked who was it that hit her. She admitted it was her dad. ▓▓▓ admitted her father hit her in the face.

She then said I can't tell anyone, because "▓▓▓ stated she was already in foster care, and she doesn't want her family to be broken up." She also said she is the only one who gets hit. ▓▓▓ is concerned about her younger siblings. She said, "It is really bad right now because I am doing bad in school." The friend of ▓▓▓ stated this was not the first time she has seen bruising on ▓▓▓'s face.

▓▓▓ then told the guidance counselor she got the bruise in football. Her friend says she sees ▓▓▓ with bruises often. ▓▓▓ said to her friend today, "It's ok, I just need to get through the next 3 years because I graduate and it is not like he hits the other kids." This is the first time she has admitted her father has hit her.

## Allegations

| Child | Allegation | Alleged Perp Role | Decision |
|---|---|---|---|
| | | | |

# DCF History

### Edward Sullivan - Adult (In Home)
**Case Involvements**

| Case Name | Consumer Role | Start Date | End Date | Reason Closed |
|---|---|---|---|---|
| | | | | |

**Intake and Response History**

| Intake Date | Intake Type / Name/ID | Role(s) | Allegations | Intake Decision | Response Decision /Name/ ID | Case Name / Case ID |
|---|---|---|---|---|---|---|
| | | | | | | |

### Heather Sullivan - Adult (In Home)
**Case Involvements**

| Case Name | Consumer Role | Start Date | End Date | Reason Closed |
|---|---|---|---|---|
| | | | | |

**Intake and Response History**

| Intake Date | Intake Type / Name/ID | Role(s) | Allegations | Intake Decision | Response Decision /Name/ ID | Case Name / Case ID |
|---|---|---|---|---|---|---|
| | | | | | | |

### ▓▓▓ Sullivan - Reported Child (In Home)
**Case Involvements**

| Case Name | Consumer Role | Start Date | End Date | Reason Closed |
|---|---|---|---|---|
| | | | | |

**Intake and Response History**

| Intake Date | Intake Type / Name/ID | Role(s) | Allegations | Intake Decision | Response Decision /Name/ ID | Case Name / Case ID |
|---|---|---|---|---|---|---|
| | | | | | | |

### ▓▓▓ - Non-Reported Child (In Home)
**Case Involvements**

| Case Name | Consumer Role | Start Date | End Date | Reason Closed |
|---|---|---|---|---|
| | | | | |

**Intake and Response History**

| Intake Date | Intake Type / Name/ID | Role(s) | Allegations | Intake Decision | Response Decision /Name/ ID | Case Name / Case ID |
|---|---|---|---|---|---|---|
| | | | | | | |

### ▓▓▓ - Non-Reported Child (In Home)
**Case Involvements**

| Case Name | Consumer Role | Start Date | End Date | Reason Closed |
|---|---|---|---|---|
| | | | | |

**Intake and Response History**

| Intake Date | Intake Type / Name/ID | Role(s) | Allegations | Intake Decision | Response Decision /Name/ ID | Case Name / Case ID |
|---|---|---|---|---|---|---|
| | | | | | | |

~~██████ Sullivan~~ - Non-Reported Child (In Home)

**Case Involvements**

| Case Name | Consumer Role | Start Date | End Date | Reason Closed |
|---|---|---|---|---|
| | | | | |

**Intake and Response History**

| Intake Date | Intake Type / Name/ID | Role(s) | Allegations | Intake Decision | Response Decision /Name/ ID | Case Name / Case ID |
|---|---|---|---|---|---|---|
| | | | | | | |

## Contacts / Interviews / Actions

| Contact Method | | Purpose | |
|---|---|---|---|
| Date and Time | | Staff Person | |
| Contact With / Attempted | | | |
| Details: | | | |

## Screening

| Case Name & ID: | | DA Referral Made ☐ Reasons: | |
|---|---|---|---|
| Contributing / Risk Factors: | | | |
| Screening Team Meeting Held? | | Date: | |
| Decision & Date:   - | | | |
| Decision Comment: | | | |
| Screening Decision Changed Comment: | | | |

| Title | Actual Approver | Date |
|---|---|---|
| | | |