# 6

```
Walpole Police Department                                    Page: 1
SUPPLEMENTAL NARRATIVE FOR POLICE DETECTIVE MICHAEL S BENNER
          Ref: 18WAL-218-AR

Entered:  10/24/2018 @ 1928      Entry ID:     MB71
Modified: 10/25/2018 @ 0828      Modified ID:  MB71
Approved: 10/27/2018 @ 1211      Approval ID:  JO37
```



S. SULLIVAN
3
2/24/22   KLT

 On Wednesday October 24, 2018 at approximately 1400 hours I Detective Benner was asked to assist with a past domestic assault and battery involving a juvenille.

Officer Thomas Hart who is the school resource officer stated that he was informed by Vice Principal Lee Tobey that a student ▓▓▓▓ Sullivan had bruising on both of her cheeks and had reported to another student that her father had caused the bruising.

The victim's identity is as follows ▓▓▓▓ Sullivan (▓▓▓▓ 05-03-200▓, 165 Kendall Street, Walpole Ma). The victim's identity is known to the Commonwealth, for the remainder of this report the victim will be referred to as "victim."

Upon arrival Officer Kiewlicz and myself spoke to Vice Principal Lee Tobey. Lee stated that she was made aware of the bruising on the victim's face after another student ▓▓▓▓ 07-15-2002 reported to her and the school nurse Rachel Jackson that the victim stated that the bruising was caused by her father Edward Sullivan (see Detective Sgt. Kelleher's narrative).

Lee stated that after becoming aware of the situation she called down the victim and asked her about the bruising. The victim stated that the bruising on both her cheeks was caused by her brother ▓▓▓▓ Sullivan age 7 falling off of his bunk and falling on her last night. When asked if this story was truthful the victim stated that it was.

After speaking to the victim Lee spoke to the first complaint witness ▓▓▓▓. ▓▓▓▓ stated that she was at lunch with the victim and noticed the bruising on both her cheeks. When asked what had occurred the victim stated that she did not want to talk about it because it would destroy her family. When asked further about this the victim stated that it was her father Edward Sullivan who had struck her. She stated that it was due to an issue involving her grades which caused her father to be upset with her. She stated that she could handle it because she only had three years left living in the home and that her father only hits her, not her brothers and sister.

Upon hearing this information, I spoke to Suzanne McDermott and Kristin Collins from the District Attorney's Office and made them aware of the situation. Lee Toby also filed a 51a with DCF (Brian Guzzi) which was forwarded over to the District Attorney's Office. DCF stated that they would send out an immediate response worker to assess the situation and interview involved parties (David Skutul). They also stated that the three other children in the household should remain at school until parties were interviewed and a determination was made if the household was a safe environment . Lee Tobey spoke to faculty at Fisher School and had ▓▓▓ (age 7) and ▓▓▓▓ Sullivan (age 5) remain at school. Officer Thayer went to Fisher to assist. Another sibling ▓▓▓ (age 12) was on the bus headed to a friend's house.

 DCF worker Brian Skutul arrived and interviewed the victim. I was also in the room along with Vice Principal Lee Tobey. The victim stated that she currently shares a room with her younger brother ▓▓▓ age 7. She stated that last night while sleeping, ▓▓▓ fell off of the top bunk and landed on her. She stated that he also caused a water bottle to fall on her while she was sleeping which caused the marks on both sides of her face. She stated that there had been no other altercations and that her brother falling is what caused her bruising. I could see bruising on both of the victim's cheek bones. The bruises appeared fresh and recent. When asked if her father had ever struck her physically, she stated that he spanked her once when she was 6 years old after she was being unsafe crossing the street. The bruising was only on both of her cheeks not on her nose which seemed odd if someone or something (a water bottle) fell on you.

We then traveled to Fisher School where Skutul spoke with ▓▓▓ (7) and ▓▓▓▓ (5). Both boys did not report anything significant occurring last night and stated that they had never seen their father strike the victim. ▓▓▓ stated that he might have seen the bruising on his sister's face this morning but believed they were from a football injury.

```
                    Walpole Police Department              Page: 2
           SUPPLEMENTAL NARRATIVE FOR POLICE DETECTIVE MICHAEL S BENNER
                    Ref: 18WAL-218-AR

           Entered:  10/24/2018 @ 1928      Entry ID:    MB71
           Modified: 10/25/2018 @ 0828      Modified ID: MB71
           Approved: 10/27/2018 @ 1211      Approval ID: JO37
```

When asked about falling off of the bunk ▇▇▇ reported that he did not fall off of the bunk last night, that the top bunk was not made with sheets and that he had slept on the bottom bunk. When asked if he fell on his sister the victim last night or dropped anything on her, he replied no.

Brian Skutul then spoke with ▇▇▇ Sullivan (age 12). Tara also reported nothing significant occurring last evening and stated that no one gets hit in her home.

At the police station Officer Kiewlicz and I spoke with Edward Sullivan. Edward signed his Miranda Rights indicating that he wished to speak to us. Edward stated that he never struck the victim and does not hit his children. He stated that he did not notice any bruising on the victim's cheeks when he left for work this morning at 0630 hours. He reported a minor disagreement last night with his daughter involving a phone charger, but nothing significant. Edward could not speculate how the victim got the bruising on both her cheeks under her eyes.

Edward stated that we could look at his phone and I did read a text message from his daughter to him at approximately 1301 hours which asked her father to move ▇▇▇ bed due to the fact that he knocked a water bottle down which fell on her last evening. This text message appeared odd due to the fact that this came in the middle of the day at approximately 1301 hours after the victim spoke to her friend ▇▇▇ ▇▇▇ and informed her that her father had struck her, which caused her to be called down to Vice Principal Toby's Office. Lee Toby stated that she was told by the victim about her brother falling off the bunk and striking her at approximately 1230 hours.

At approximately 1730 hours ▇▇▇ ▇▇▇ did come to the Walpole Police Department where she was interviewed by Det. Sgt. Kelleher. In this interview ▇▇▇ confirmed that the victim confided in her that her father had struck her causing the bruising on her face (see Det. Sgt. Kelleher's narrative). Due to these facts and circumstances the decision was made to place Edward Sullivan under arrest for Domestic assault and battery.


Respectfully Submitted

Detective Michael Benner

Walpole Police Department