8

## In the Matter of:

*Edward Sullivan V.*

*Town of Walpole, et.al.*

---

*Lee Tobey*

*August 18, 2022*

---

*68 Commercial Wharf • Boston, MA 02110*
*888.825.3376 - 617.399.0130*
*Global Coverage*
*court-reporting.com*



Edward Sullivan V.
Town of Walpole, et.al.

Lee Tobey
August 18, 2022



Page 9

```
 1     that?
 2   A.  No.  What I -- all I did was call DCF
 3     because after I talked to ████ what was
 4     told to me what -- how ██████ was
 5     exhibiting physically, you know, and I'm
 6     obligated to report any suspected
 7     incidences of child abuse to DCF, and then
 8     DCF took it from there.
 9   Q.  Okay.  Let me ask you this, Ms. Tobey.
10     When you received the initial report, who
11     did you receive it from?
12   A.  Um, ███ --
13   Q.  She was --
14     (Reporter asked for clarification)
15   A.  ████ was the person who gave me the initial
16     information.
17   Q.  And how did ████ get to your office?  Did
18     someone bring her up there?
19   A.  From what I remember, it was the counselor
20     that brought her up there.
21   Q.  And who was that person?
22   A.  Allison Wilson.
23   Q.  And is it your understanding that
24     Allison Wilson was the first school
```

Page 10

```
 1     department employee to have received that
 2     information from Ms ███████?
 3   A.  It was either Allison Wilson or Rachel
 4     Jackson who was our school nurse.
 5   Q.  And when this -- well, when Ms. ██████ came
 6     to you, could you tell me what she reported
 7     to you?
 8   A.  From what I can remember it was that ██████
 9     had bruises on her and that this had
10     happened a number of times over the course
11     of them knowing each other and that this
12     time she was more concerned about what had
13     happened because ██████ had said to her
14     something along the lines -- and this is
15     not verbatim -- you know, It's okay, I'll
16     be out of the house in a couple of years,
17     you know, it happens to me, but at least it
18     doesn't happen to the other kids.
19          That was what was reported to me
20     by ███ and, again, that's not verbatim,
21     but that's the essence of what was reported
22     to me.
23   Q.  But ███ said that she had seen this --
24     seen evidence of this before?
```

Page 11

```
 1   A.  That was what she said to me, correct.
 2   Q.  Did she tell -- did she give you any
 3     details of what she had seen before, other
 4     bruising or what other physical
 5     manifestations did she describe, if any?
 6   A.  I don't recall exactly what she described
 7     to me.  It was a few years ago, but I know
 8     from what I do remember she described that
 9     this was not the first time that she had
10     had some concerns.  ████ -- this is what
11     ████ told me.
12   Q.  Okay.  Now did you ask ███ or were you
13     aware if there were any other persons that
14     were privy to this observation or
15     conversation she -- that ███ had with
16     ████ on that day on that specific day?
17   A.  I don't remember.  I probably did, but I
18     don't remember.  I can't tell you, say yes
19     or no.
20   Q.  Are you familiar with the student at the
21     Walpole High School during that time frame
22     ███████ ████?
23   A.  The name sounds familiar, but I don't
24     believe I spoke with her.
```

Page 12

```
 1   Q.  Okay.  Did ████ ██████ ever bring her name
 2     up to you as having been a percipient
 3     witness to her alleged conversation with
 4     ███████ Sullivan?
 5   A.  I don't remember.  I'm sorry.
 6   Q.  You don't remember.  Okay.  After ███ made
 7     this report to you did you -- well, what
 8     did you do rather, I should say?
 9   A.  I talked to ██████ so Allison Wilson came
10     up with ██████ to my office.  She was her
11     school counselor at the time.  ██████ did
12     have bruises.  ██████'s explanation was
13     different from ███.  What ███ had said
14     to me, ██████'s explanation was different.
15     Again, I don't remember the exact language,
16     but it was not -- she said that she got it
17     from an accident or something with her
18     brother, but ███ report and the bruise
19     pattern that I saw on her, you know, it's
20     not my job to determine whether or not
21     those two things are true or not.  It was
22     concerning enough that we called.  I filed
23     a 51A.
24   Q.  Okay.  So you don't have any medical
```

Pages 9 to 12

Edward Sullivan V.
Town of Walpole, et.al.

Lee Tobey
August 18, 2022

---

Page 13

1   training, correct?
2   A. No, not at all.
3   Q. Okay. And so ████████ gave you a different
4       explanation as to where this bruise had
5       come from than ████, correct?
6   A. Correct.
7   Q. Can you hear me?
8   A. Yes. I said correct.
9   Q. My screen -- the screen just jumped. I
10      just wanted to make sure that it was still
11      connected. Okay. At some point -- well,
12      you said you called, you notified DCF,
13      correct?
14  A. Correct.
15  Q. Did you notify anybody else?
16  A. Initially I called DCF and that was it.
17      That's protocol. If we have any suspected
18      evidence of child abuse, we call DCF.
19  Q. Okay. But did you notify the Walpole
20      police?
21  A. I think eventually I did call them so I
22      don't remember the exact order in which or
23      how -- yeah, the exact procedure in which
24      it happened. It may have been that ████████

---

Page 14

1   was out at football practice because she
2   played football and our → one of the
3   coaches is also her SRO so a member of the
4   Walpole Police Department and so I don't
5   remember exactly how they got involved. I
6   just know that Officer Hart was out with
7   her and brought ████████ in because it all
8   happened after school, and she was at a
9   practice.
10  Q. Okay. So you don't recall if you,
11      yourself, actually called the Walpole
12      police?
13  A. I honestly don't remember if I called them
14      myself.
15  Q. Well, at some point did the Walpole police
16      arrive at the high school?
17  A. Yes. That I do remember.
18  Q. Do you remember who the officers were that
19      arrived?
20  A. I know that Mike Benner was one of them. I
21      don't remember who else.
22  Q. Was there another officer with him?
23  A. Yes. I can't think of his name right now,
24      but I think he's the gentleman who is now

---

Page 15

1   the chief, and it's really bad that I can't
2   think of his name at the moment.
3   Q. Sergeant Kelleher?
4   A. Yeah, it might have been Rich, yeah.
5   Q. Are you certain of that or not?
6   A. I'm not certain. I know Michael Benner
7       was -- Officer Benner was one of them.
8   Q. Was he the first one there?
9   A. I don't recall which order people came in.
10  Q. All right. Well, in any event when
11      Detective Benner arrived, did you have a
12      conversation with him?
13  A. Probably. I don't recall exactly what my
14      conversation was.
15  Q. Well, did you relay to the Walpole police
16      what had been reported to you in your
17      conversation with ████████ Sullivan?
18  A. I don't -- I don't remember. Probably, but
19      also that I had called DCF and DCF --
20      because our DCF office is in Arlington, it
21      takes -- took a significant amount of time
22      for them to get out to the high school, and
23      it may have been within those
24      intervening -- within that intervening time

---

Page 16

1   that they came in. I -- I do not remember
2   the exact procedure of the afternoon.
3   Q. Okay. When you made the observations of
4       ████████ you said you saw bruising on her
5       face?
6   A. I did.
7   Q. Did you refer to the school nurse for an
8       examination?
9   A. I don't recall. I may have. That's
10      typical -- typically how I would proceed,
11      but I can't say that with any level of
12      confidence that that's definitely what I
13      did that day.
14  Q. Okay. Well, if you did refer her to the
15      school nurse, the nurse would have to make
16      some record of examining ████████ per policy,
17      correct?
18  A. Yes.
19  Q. She would have to document it that she
20      saw --
21  A. Correct.
22  Q. -- the student and she would have to
23      document what observations she made of the
24      student.

---

Pages 13 to 16