# 10

1

```
                                        VOLUME I
                                        PAGES: 1 - 41
                                        EXHIBITS: 1

            UNITED STATES DISTRICT COURT
              DISTRICT OF MASSACHUSETTS

                              C.A. NO. 1:20-CV-10484-GAO
       _____

       EDWARD SULLIVAN, HEATHER
       SULLIVAN, DOE CHILD 1,
       DOE CHILD 2, DOE CHILD 3 and
       DOE CHILD 4,
            Plaintiffs,

       vs.

       THE TOWN OF WALPOLE, MA.,
       WALPOLE POLICE DEPARTMENT,
       CHIEF JOHN F. CARMICHAEL,
       JR., OFFICER ANDREW
       KIEWLICZ, DET. MICHAEL
       BENNER, DET. SGT. RICHARD
       KELLEHER, OFFICER THOMAS
       HART, DET. KYLE GRIFFIN,
       OFFICER MATTHEW CROWN, AND
       OTHER NAMES UNKNOWN TO THE
       PLAINTIFFS AT THIS TIME,
       WALPOLE SCHOOL DEPARTMENT,
       VICE PRINCIPAL LEE TOBEY,
       AND OTHERS AS YET UNKNOWN TO
       THE PLAINTIFFS,
            Defendants.
       _____
```

**REMOTE DEPOSITION OF** ~~JOHN~~ **SULLIVAN**, taken on behalf of the Defendants, pursuant to the applicable provisions of the Federal Rules of Civil Procedure, appearing remotely before Ariane L. Baker, Certified Shorthand Reporter and Notary Public within and for the Commonwealth of Massachusetts, appearing remotely from Plymouth County, Massachusetts, on February 23, 2022, commencing at 10:05 a.m.

TUCKER COURT REPORTING, INC.
(888) 852-DEPO

Page 21

1  the car, and -- and we drove to my grandmother's house.
2    Q.  Okay.  And when you got in the car, did your
3  grandmother say why she was picking you up?
4    A.  No.  She was just arguing with my sister ▇▇▇.
5    Q.  Okay.  Do you remember what she was arguing with
6  ▇▇▇ about?
7    A.  No.  They said like something about like our
8  parents or something.  I don't know.
9    Q.  Okay.  Do you remember what ▇▇▇ looked like?
10 Was ▇▇▇ angry?  Was she sad?  Do you remember how she
11 was -- what she looked like she was feeling?
12   A.  I think it was like mixed, like sort of like --
13 Well, I didn't know like what she was angry or sad for
14 because I had no idea what happened.
15   Q.  Okay.  And once you got to your grandmother's
16 house, how long did you stay at your grandmother's house?
17   A.  Probably about like five hours.
18   Q.  Okay.  And do you go to your grandmother's house
19 often?
20   A.  Yeah, because it's only about ten minutes -- five
21 minutes away from us.
22   Q.  And what did you do when you went to your
23 grandmother's house?
24   A.  My -- My aunt and my cousin was there.  And my

Page 22

1  cousins live with my grandmother, but -- so they were
2  there, and -- and my aunt was there and her daughter, but I
3  didn't know why they were there.
4    Q.  Okay.  Was it your Aunt Tara that was there?
5    A.  Yes.
6    Q.  Okay.  And what did you do when you got to your
7  grandmother's house?  Did you do homework?  Did you eat?
8    A.  Well, I just like -- Well, for the most part of
9  it, I don't really remember, but I remember like when it
10 was about 6, we ordered a pizza, and my mom's cousin, I
11 think it was, came in and like gave my sister a lie
12 detector test or something.
13   Q.  You say your mom's cousin.  Do you know your
14 mom's cousin's first name?
15   A.  It -- I think it's Greg.
16   Q.  Okay.  Your dad's signaling to you because he's
17 not allowed to help you answer the question.
18   A.  Oh.
19   Q.  That's okay.  And like I said, your only job here
20 today is to, you know, do your best to -- to remember.  If
21 there's something you don't remember, it's okay to say I
22 don't remember or I think that's what it is, but I'm not
23 really sure.  You can say that too.  Okay.
24        At any point in time, was your -- did your mom

Page 23

1  get to your grandmother's house?
2    A.  Yeah.  I think she was there when I got home.
3    Q.  Okay.
4    A.  Yes.
5    Q.  And you said you had pizza at some point?
6    A.  Yes.
7    Q.  Do you remember what kind of pizza you had?
8    A.  Cheese.
9    Q.  Cheese.  Okay.
10        And did you go home after you had the pizza or
11 did you wait a little bit longer?
12   A.  Yeah.  We went home like about two hours -- two
13 hours after or maybe an hour and a half.
14   Q.  Okay.  Do you remember what you did besides have
15 pizza at your grandmother's house?
16   A.  Well, I did some of my homework and -- yeah,
17 because I didn't do it in the office.
18   Q.  Okay.  And when you got home, did your mom talk
19 to you at all about why you were at your grandmother's
20 house?
21   A.  No.  We went like -- Because we were there like
22 late, so like we went to bed pretty soon.
23   Q.  Okay.  And did you have a hard time sleeping that
24 night?

Page 24

1    A.  No.  Not really because -- Oh, yes, I did,
2  because my -- because they like sort of accused me of like
3  throwing a water bottle on my sister --
4    Q.  Okay.
5    A.  -- or dropping it on her.
6    Q.  Okay.  And when you say "they," do you know who
7  said that you dropped a water bottle on your sister?
8    A.  No.  I don't know who.
9    Q.  Okay.  Do you remember who told you that that's
10 what they thought you did?
11   A.  Well, my -- Well, my aunt said that like -- that
12 like -- When I was upset about what happened, she was like,
13 No, it's -- like it's okay because they thought that you
14 dropped the water bottle on your sister or something.
15   Q.  Okay.  And did that upset you that someone
16 thought you did that?
17   A.  Yeah.  It kind of made me stressed, like I was in
18 trouble or something.
19   Q.  Okay.  And did you drop a water bottle on your
20 sister that --
21   A.  No.
22   Q.  -- that you remember?
23   A.  No.
24   Q.  Okay.  Do you ever keep a water bottle next to

## Page 25

1  you on your bunk bed?
2     A.  No.
3     Q.  Do you have your own --
4     A.  I keep like a plastic water bottle in my bed in
5  case I get thirsty.
6     Q.  Okay.  All right.  And the next morning -- Did
7  you go to school the next day?  Do you remember?
8     A.  Yes.  My -- My Aunt Tara came home -- I mean, she
9  came to -- she came to like get us on the bus because my
10 mom was like at court, I think, with my dad.
11    Q.  Okay.  And did you stay at school the whole day?
12    A.  Yes.
13    Q.  Did --
14    A.  It was kind of a normal day.
15    Q.  I'm sorry?
16    A.  It was pretty normal that day.
17    Q.  Okay.  Did [redacted] go to school with you on the
18 bus as well?
19    A.  Uh-huh.
20    Q.  Okay.
21    A.  I mean yes.
22    Q.  Thank you.  And do you remember what day of the
23 week that was?
24    A.  It was Friday.

## Page 26

1     Q.  Okay.  And did you go back to school the next
2  week?
3     A.  Yes, because it was the week after the next --
4  Like after the -- We -- I mean, so when it happened, I went
5  to school for another week having like a hard time and
6  stuff like, and then -- and then I like didn't go to school
7  or I think it was like on the last day of the week that I
8  had a hard time.
9     Q.  Okay.  So maybe on Friday -- You remember having
10 a hard time on a Friday at some point?
11    A.  Yeah.
12    Q.  Okay.
13    A.  I mean, no.  But Thursday -- Like that whole
14 week, it was tough.
15    Q.  Okay.  And was there something about being at
16 school that made -- made you have a hard time or was it
17 something else?
18    A.  It was like -- It was kind of like -- like my
19 dad, that he -- like that he -- like what they did and
20 stuff or like what they thought I did and stuff.  It kind
21 of made me stressed.
22    Q.  Okay.  And at some point in time, did -- did you
23 see a police officer again at your school?
24    A.  No.  Not that I remember.

## Page 27

1     Q.  Okay.
2     A.  I mean, sometimes like -- like there's like a
3  resources officer that like comes in and like chills out
4  around the school sometimes like before and after school.
5     Q.  Okay.  Do you know that police officer's name?
6     A.  Yes.  It's Officer Hart.
7     Q.  Officer Hart?
8     A.  Yeah.
9     Q.  Have you ever talked to Officer Hart?
10    A.  Yeah.  Like sometimes like when I was younger, he
11 like would bring his dog in, and then like people will be
12 all over him like patting him.
13    Q.  Okay.  Do you like dogs?
14    A.  Yes.  I have three dogs at home.
15    Q.  What are your dogs' names?
16    A.  Bailey, Brody, and Penny.
17    Q.  Okay.  Do you know what kind of dogs they are?
18    A.  Yeah.  I have two Saint Bernards and one mutt.
19    Q.  Oh, okay.  And when you see Officer Hart now,
20 does he still have that same dog with him?
21    A.  Yeah.  He -- He like does that all the time.  He
22 like comes into our school and like -- Like last year, he
23 gave us like -- he came into my classroom and like -- I
24 think he did it in everyone's classroom when I was -- And

## Page 28

1  he -- Last year, he -- he like gave us a slide slow show on
2  like how to be safe like.  And this year, like about two
3  months ago, he like came in like for tech class and said --
4  and gave us like another slide show about like how to be
5  safe on social media.
6     Q.  Okay.  Are you on social media?
7     A.  Yes.  I have Snapchat like on my phone like so I
8  can like text my friends.
9     Q.  Okay.  And when you see --
10    A.  That's the only social media I have.
11    Q.  When you see Officer Hart at school with the dog,
12 do you get excited to see the dog now?
13    A.  No.  Like I never -- Like I never really did pat
14 the dog, except for when I was like in kindergarten or like
15 first grade.
16    Q.  Okay.  All right.  Does seeing Officer Hart at
17 school make you feel nervous or scared?
18    A.  Yeah.  Like it kind of makes me mad because
19 like -- like -- because it's kind of like fake and -- like
20 he's kind of fake like.  Because what some of the police
21 officers do in this town, like they just cover it up with
22 like him and his dog.
23    Q.  Okay.  And when you say that "they just cover it
24 up," what do you mean?  What are they covering up?