# 11

1

```
                                        VOLUME I
                                        PAGES:   1 - 49
                                        EXHIBITS:  NONE

                UNITED STATES DISTRICT COURT
                 DISTRICT OF MASSACHUSETTS

                           C.A. NO. 1:20-CV-10484-GAO
   _____

   EDWARD SULLIVAN, HEATHER
   SULLIVAN, DOE CHILD 1,
   DOE CHILD 2, DOE CHILD 3 and
   DOE CHILD 4,
        Plaintiffs,

   vs.

   THE TOWN OF WALPOLE, MA.,
   WALPOLE POLICE DEPARTMENT,
   CHIEF JOHN F. CARMICHAEL,
   JR., OFFICER ANDREW
   KIEWLICZ, DET. MICHAEL
   BENNER, DET. SGT. RICHARD
   KELLEHER, OFFICER THOMAS
   HART, DET. KYLE GRIFFIN,
   OFFICER MATTHEW CROWN, AND
   OTHER NAMES UNKNOWN TO THE
   PLAINTIFFS AT THIS TIME,
   WALPOLE SCHOOL DEPARTMENT,
   VICE PRINCIPAL LEE TOBEY,
   AND OTHERS AS YET UNKNOWN TO
   THE PLAINTIFFS,
        Defendants.
   _____
```

        **REMOTE DEPOSITION OF EDWARD SULLIVAN**, taken on behalf of the Defendants, pursuant to the applicable provisions of the Federal Rules of Civil Procedure, appearing remotely before Ariane L. Baker, Certified Shorthand Reporter and Notary Public within and for the Commonwealth of Massachusetts, appearing remotely from Plymouth County, Massachusetts, on February 18, 2022, commencing at 9:58 a.m.

                    TUCKER COURT REPORTING, INC.
                          (888) 852-DEPO

Page 9

```
 1   counts as a social media type account.
 2       Q.  Okay.  And your current marital status is
 3   married, correct?
 4       A.  That's right.
 5       Q.  All right.  And your wife is Heather?
 6       A.  That's right.
 7       Q.  And how long have you been married?
 8       A.  21 years.  Almost 21 years.
 9       Q.  Happy early anniversary.
10       A.  Thank you.
11       Q.  And I know your children are plaintiffs in this
12   lawsuit, but if you could -- just for the record, could you
13   state their names and their ages?
14       A.  Yes.  ▇▇▇ Sullivan, she's eighteen;
15   ▇▇▇ Sullivan, she's fifteen; ▇▇▇ Sullivan, he's eleven;
16   and ▇▇▇ Sullivan, he's nine.
17       Q.  All right.  And I understand you're employed as a
18   school teacher; is that correct?
19       A.  That's correct.
20       Q.  All right.  And you work at Mansfield High
21   School?
22       A.  That's correct.
23       Q.  All right.  And what subject do you teach?
24       A.  I'm a resource room teacher, special education.
```

Page 10

```
 1       Q.  Okay.  So you're kind of like a -- the support
 2   second teacher in the classroom?
 3       A.  Well, no.  It's not a co-teaching situation.
 4   It's more that students will have me for a period of
 5   support.  So, in other words, they would have Algebra 2,
 6   U.S. History, whatever it might be, and then for one period
 7   a day, they would have me for a resource room support, you
 8   know, so that I can help them with their -- you know,
 9   basically with their disability, but as well as their
10   academic classes to make sure that they're on point.
11       Q.  Okay.  And what kind of disabilities?  Do you
12   have a speciality or is there --
13       A.  So I'm a -- I'm certified Grades 5 through 12,
14   and I have a moderate certification -- moderate and a
15   severe, but what I've done over the last 20 years has been
16   moderate disabilities.  In the summers, I work the
17   extended-year program and it's more severe disabilities,
18   but that's only like -- that's like five weeks in the
19   summer.
20       Q.  Okay.  And then other than the incident that
21   we're here for today, have you ever been arrested?
22       A.  I have.  I -- Let's see.  I had an OUI in, I want
23   to say, '93 -- 1993.
24       Q.  Okay.  And was that expunged?
```

Page 11

```
 1       A.  Yeah.  I mean, it was -- You know, it was a
 2   misdemeanor and, you know, like I did everything that I was
 3   supposed to have done.  Additionally, I -- When I was a
 4   senior in high school, I had a noise party at my house, and
 5   the Sandwich Police arrested everybody at the house, so
 6   that probably is in there as well.
 7       Q.  Okay.  Got it.  All right.  And I just want to go
 8   through a little bit of your family background.  I know
 9   that you've listed your children and their ages.  I want to
10   focus a little bit on ▇▇▇.  So ▇▇▇ 18.  Is she
11   currently in college or is she still in high school?
12       A.  She's in college.
13       Q.  Okay.  And where does she attend school?
14       A.  She goes to the University of Maine at Orono.
15       Q.  Did she start this calendar year?
16       A.  She did.  She's a freshman.
17       Q.  She's a freshman?
18       A.  She graduated last May of 2021.
19       Q.  Okay.  And what high school did she graduate
20   from?
21       A.  So she transferred to TECCA -- it's a -- somewhat
22   of a school choice, online school -- from Walpole High
23   School.  It's not through Walpole High School.
24       Q.  Got it.  Okay.  Was it like a private online
```

Page 12

```
 1   school or is it a public outlet?
 2       A.  It's a public outlet.  So it's -- You know, you
 3   still have to come under the same requirements as you would
 4   at a public high school, except that it's -- you know, it's
 5   all online.
 6       Q.  Right.  Okay.  Kind of like everyone else last
 7   year anyway?
 8       A.  Yeah.  Yeah.  Actually, you know -- you know, in
 9   that sense, yeah, I mean, certainly.
10       Q.  Okay.  And I know she's -- Let's see.  This
11   started -- The incident happened in 2018, correct?
12       A.  That's correct.
13       Q.  Okay.  October 24th, 2018 is the day you were
14   arrested, correct?
15       A.  I believe that's the date.  Yes.
16       Q.  Okay.  So when I ask -- I'm going to ask
17   questions a little bit about ▇▇▇ schooling, and so
18   that's kind of the time period I want to focus in on right
19   now, so kind of plus or minus six months from October 2018,
20   so, you know --
21       A.  Sure.
22       Q.  -- spring of 2018 to fall of 2018 semester.
23           How was she doing in school?
24       A.  How was she -- I'm sorry?
```

Page 37

1  know (inaudible) --
2       COURT REPORTER: You froze.
3    A. So for, you know, 12 years, I've been doing the
4  same thing, getting the kids off the bus. We go do the
5  sports. We, you know -- Whatever. Whatever we have lined
6  up for that day. And they -- They weren't on the bus. I
7  didn't know what was going on. My daughter [redacted] is like,
8  you know, hysterically crying, and I've never heard her cry
9  like that before. Then I was like, All right. I called
10 the police. I'm like, Something's going on; my kids are,
11 you know -- I don't even remember exactly what I said, but
12 like they're -- they didn't get off the bus; I'm not sure;
13 My daughter says that the police are at her friend's house,
14 you know. And it probably came off as -- not as well
15 as what -- as much as I should have communicated it, but I
16 was very upset.
17      Then I didn't know what to do. I called my
18 mother-in-law, and -- and then I was like, you know what,
19 I'm going to -- I didn't know -- I was like, All right, I'm
20 going to go to the police station, and then I thought maybe
21 I'd go -- you know, go to see, you know, where [redacted] is,
22 whatever, and so then I got in my car. And as soon as I
23 got in my car, there was a police cruiser within about
24 three inches of my bumper. They followed me for, you

Page 38

1  know -- And I was going towards the -- When I -- It used to
2  be the old police station. They since had moved. I forgot
3  that they had moved to South Street, but I was heading
4  towards that general direction, and then I got pulled over.
5    Q. Okay. And when you got pulled over, how many --
6  How many police officers were there when you got pulled
7  over?
8    A. Six to eight, I believe.
9    Q. Six to eight police officers were there when you
10 got pulled over?
11   A. I believe that's right. I mean, yeah, I'm pretty
12 sure.
13      And at the time, I had called my wife as well and
14 I was like, Something's going on; I don't know; something
15 happened; I don't know what happened. And that's what
16 happened. And I -- And then I got pulled over.
17   Q. Okay.
18   A. But I was on the phone with Heather at that
19 moment.
20   Q. Had Heather heard anything?
21   A. Nope.
22   Q. Had your mother-in-law heard anything?
23   A. No, she had not.
24   Q. Did you text [redacted] at all --

Page 39

1    A. I did. Yeah. I'm like -- I'm like [redacted], are
2  you -- something to the effect, Are you okay; is
3  something -- what's -- is something -- is something going
4  on; are you okay.
5    Q. Did she respond back?
6    A. No. Not -- Not at the time.
7    Q. When did she respond back?
8    A. I -- I'm not sure. I mean, honestly, I'm not
9  sure. After that, I mean, you know -- I mean, I'm sure
10 they could tell you. They took my phone, so...
11   Q. All right. So --
12   A. And I voluntarily gave it to them, by the way.
13   Q. Yeah. All right. Just kind of getting back to
14 when you were pulled over, you said six to eight police
15 officers were there. Were there six to eight police cars
16 or you just saw six to eight people?
17   A. No. And someone -- There was two uniformed --
18 two cruisers, I believe. Then there was their -- I don't
19 know -- their -- There was another -- It might have been
20 three cruisers. But there was someone like, I guess, who
21 would have been the sergeant, whoever's in charge of -- You
22 know, he pulled up as well. And I don't know if that --
23 Maybe it's the unmarked. It's a police car, though.
24   Q. Okay. So you saw at least one unmarked car that

Page 40

1  might have been a sergeant, and then you saw two to three
2  marked police cruisers?
3    A. That's right.
4    Q. Okay. So approximately three to four vehicles?
5    A. That's right. Like I said, I mean, it was a
6  while ago and certainly, you know, a stressful time that it
7  was, but that's what I recall.
8    Q. Okay. And then when you said six to eight
9  individuals, is that based on -- you saw about six to eight
10 people or you're assuming that there were two people per
11 car?
12   A. I'm not assuming that. I thought I saw like six
13 officers there. There was -- I dealt with one, two, three,
14 four directly, I believe -- three -- three directly, and
15 then there was the -- the other person who came later. And
16 one of them was standing by my car window when I was --
17 while they were, I guess, figuring out what they wanted to
18 do.
19   Q. Do you know the names of any of the officers that
20 pulled you over?
21   A. Yeah. I mean, you know, it was -- Crown was one
22 of them. Let's see. I have it listed. I'm sorry. The
23 names escape me right now.
24   Q. Obviously you have it listed. Is this the file