# 13

| Printed on, | Walpole Police Department | Page Number |
|---|---|---|
| 10/24/2018 | Arrest Number: 18WAL-218-AR | 1 of 1 |
|  | Edward S Sullivan   Arrested on: 10/24/2018   Time: 1600 |  |

**Your Rights**

I hereby certify that I have been advised and understand my rights under the constitution and Massachusetts law which were given to me as follows:

1. You have the right to remain silent.
2. Anything you say can and will be used against you in a court of law.
3. You have the right to consult with a lawyer before any questioning and to have your lawyer present with you during questioning.
4. If you cannot afford to hire a lawyer, one will be appointed to represent you by the Commonwealth.
5. You may waive, that means give up, your right to remain silent and your right to have an attorney present with you during questioning.
6. If you decide to talk now, you still have the right to stop talking at any time.

    1. Do you understand these rights explained to you? _____
    2. Having these rights in mind, do you wish to talk now? _____

SIGN: _[signature]_    DATE: 10/24/18   TIME: 7:20pm
    Edward S Sullivan
SIGN: _[signature]_    DATE: 10/24/18   TIME: 7:20pm
    Witness

E. SULLIVAN
**2**
2/22/22   KLT

Recorded
Interview
w/ Suspect

'ARTMENT

, am __47__ years old.
(Age)

__Pawlic2 & Benner__
(Full Name)

inst me in court.

ering any questions, and I may have

be provided by the Commonwealth —

give up) my right to counsel and my

- If I decide to talk to the police, I still have the right to stop talking at any time and for any reason.

Please check the following that apply:

I [✓] am willing to speak with the police officer now.

I [ ] am not willing to speak with the police officer now.

I [ ] am aware my statements may be audio/video recorded.

_____   __5__ (Time)   __10/24/18__ (Date)
(Signature of Consenting Party)

_____   __5:00 pm__ (Time)   __10-24-18__ (Date)
(Signature of Police Officer)

_____   __5:00 pm__ (Time)   __10/24/18__ (Date)
(Signature of Witness)

Rev 2018-06