**14**

# In the Matter of:

*Edward Sullivan V.*

*Town of Walpole, et.al.*

---

*Matthew Crown*

*August 16, 2022*

---

*68 Commercial Wharf • Boston, MA 02110*
*888.825.3376 - 617.399.0130*
*Global Coverage*
*court-reporting.com*



Page 9

1     somewhere to some specific location?
2     A.  I believe I was asked to assist Detective
3        Ian Tolland in the area of Kendall Street
4        and Walpole.
5     Q.  And what did you do when you were directed
6        to do that?
7     A.  As a police officer in full police uniform
8        in a marked police car, I was keeping
9        myself away from the location that
10       Detective Tolland was.
11    Q.  I'm sorry.  Could you say that, again, sir?
12       It broke up a little bit on this end.
13    A.  I'm sorry.  I was acting as a backup
14       officer solely to assist the detectives
15       involved as I was in a marked police car in
16       a full police uniform.
17    Q.  And where were you located?
18    A.  I don't recall specifically where I was
19       standing by.
20    Q.  Do you know where Detective Tolland was
21       located?
22    A.  I only know that he was in a position that
23       he was able to observe the suspect's
24       home address at 165 Kendall Street.

Page 10

1     Q.  And you were somewhere in that vicinity,
2        but you don't remember where, is that
3        correct?
4     A.  That's correct.
5     Q.  Now at some point did you move from the
6        location where you were to assist Detective
7        Tolland in any further actions involving
8        the case?
9     A.  Yes.
10    Q.  What did you do?
11    A.  Detective Tolland initiated a motor vehicle
12       stop in the area of South Street and
13       Stone Street, and I arrived as a backup
14       officer.
15    Q.  And what did you do as the backup officer,
16       sir?
17    A.  I simply stood in the area of the car
18       stopped to assist in any way I needed to.
19    Q.  Did you have any conversations with
20       Edward Sullivan at all?
21    A.  Not to my recollection.
22    Q.  And at some point -- let me ask you this.
23       Did Detective Tolland initiate the stop of
24       Mr. Sullivan?

Page 11

1     A.  Yes.
2     Q.  And that stop was effectuated without
3        incident, correct?
4     A.  Correct.
5     Q.  Now at some point was Mr. Sullivan taken
6        into custody?
7     A.  Yes.
8     Q.  Who placed him in custody?
9     A.  I believe Detective Tolland and I were both
10       present when he was taken into custody.  I
11       believe my handcuffs were used.
12    Q.  So it was you and Detective Tolland
13       together taking him into custody?
14    A.  Right.
15    Q.  And when you took him into custody, what
16       did you do after that?
17    A.  He was transported to the police station.
18    Q.  And in whose car was he transported?
19    A.  Mine.
20    Q.  Were you alone in the transport, or was
21       there another officer with you during the
22       transport?
23    A.  I was alone.
24    Q.  Did you have conversations with

Page 12

1     Mr. Sullivan on the ride from that location
2        to the police station?
3     A.  Not that I recall.
4     Q.  No conversation at all?
5     A.  Nothing that I can remember.
6     Q.  When you arrived at the police station what
7        did you do, sir?
8     A.  I don't recall.  Other than I know that I
9        dropped him off at the police station, but
10       nothing specific.
11    Q.  All right.  Did you participate in the
12       booking process or any other processing of
13       Mr. Sullivan in the process of his arrest?
14    A.  I don't recall.
15    Q.  How long did you stay at the station?
16    A.  I don't recall.
17    Q.  Did you go back out on patrol after that?
18    A.  I would have been assigned to an 8 to 4 so
19       I would have needed to continue my shift
20       until 4 p.m.
21    Q.  Do you remember what time it was when you
22       brought him into the station?
23    A.  I do not.
24    Q.  Did you write any report regarding your

Pages 9 to 12