# 15

# In the Matter of:

*Edward Sullivan V.*

*Town of Walpole, et.al.*

*Andrew Kiewlicz*

*August 18, 2022*

68 Commercial Wharf • Boston, MA 02110
888.825.3376 - 617.399.0130
Global Coverage
court-reporting.com



O&L O'BRIEN & LEVINE
COURT REPORTING SOLUTIONS
A MAGNA LEGAL SERVICES COMPANY

Page 13

1  A. The next thing that I did or the next thing
2     that happened there?
3  Q. Yes. Well, the next thing that happened in
4     the sequence of events in that room.
5  A. I waited in the office while Mr. Skutul
6     initiated his investigation.
7  Q. And did he speak with ~~Shawna~~ Sullivan, do
8     you know?
9  A. Yes, I believe so.
10 Q. He spoke with her there at the high school?
11 A. Yes.
12 Q. And you were not present during that
13    conversation with Mr. Skutul and ~~Shawna~~
14    Sullivan?
15 A. No, I was not.
16 Q. Was Detective Benner present in the room
17    with Mr. Skutul and ~~Shawna~~ Sullivan during
18    that conversation?
19 A. Yes, I believe so.
20 Q. What did you do next, officer?
21 A. The next thing I did was once they were
22    finished I drove Detective Benner over to
23    the Fisher School.
24 Q. And what did you do when you were at the

Page 14

1     Fisher School, sir?
2  A. I sat in the office while DCF, Mr. Skutul
3     and Detective Benner, continued the
4     investigation.
5  Q. Were you involved in the investigation at
6     all, or were you just sitting on the
7     sidelines so to speak?
8  A. I was sitting on the sidelines.
9  Q. Did you hear any of the conversation
10    between Detective Benner and Mr. Skutul and
11    ~~Colin~~ or ~~Branden~~ Sullivan?
12 A. No. They were in a private room.
13 Q. Did you speak with anybody at the school,
14    any of the teachers or the principals at
15    that school?
16 A. No.
17 Q. You didn't speak with anybody else other
18    than Detective Benner and Mr. Skutul?
19 A. Correct.
20 Q. Did you take any further action in the
21    investigation of the case, sir?
22 A. At the Fisher School or in general?
23 Q. In general.
24 A. I sat in on the interview that Detective

Page 15

1     Benner had with Mr. Sullivan.
2  Q. And that would have been back at the police
3     station?
4  A. Correct.
5  Q. Okay. Were you present when Mr. Sullivan
6     was taken into custody?
7  A. No.
8  Q. So is it fair to say that at some point
9     when you returned to the police station
10    Mr. Sullivan was already there?
11 A. Yes.
12 Q. And had he already been processed and
13    booked at that point in time, if you know?
14 A. He had already gone through the initial. I
15    don't know if the booking had completed or
16    not or what stage they were at. I wasn't
17    in the room.
18 Q. Now were you in the room when Mr. Sullivan
19    was interviewed?
20 A. Yes.
21 Q. Okay. And Mr. Sullivan was provided his
22    Miranda warnings, correct, prior to the
23    interview?
24 A. Yes, he was.

Page 16

1  Q. And was that done in your presence, sir?
2  A. Yes.
3  Q. And he indicated that he understood his
4     Miranda warnings, correct?
5  A. Yes.
6  Q. And he waived his right to counsel, and he
7     waived his right to remain silent, correct?
8  A. Yes.
9  Q. And he spoke with you and Detective Benner
10    freely, did he not?
11 A. Yes.
12 Q. Okay. And he was cooperative and he
13    answered all your questions, correct?
14 A. Yes.
15 Q. After the interview where was Mr. Sullivan
16    taken?
17 A. Back to the intake, the booking room.
18 Q. And by the way, that interview with
19    Mr. Sullivan was audio and video recorded,
20    correct?
21 A. Yes.
22 Q. Did you do anything further after the
23    interview with Mr. Sullivan in regard to
24    the investigation in this case?

O'Brien & Levine, A Magna Legal Services Company  
888.825.3376 - production@court-reporting.com