# 16

```
 1                                          VOLUME I
                                            PAGES:   1 - 103
 2                                          EXHIBITS:   1

 3                UNITED STATES DISTRICT COURT
                    DISTRICT OF MASSACHUSETTS
 4
                                      C.A. NO. 1:20-CV-10484-GAO
 5    _____

 6    EDWARD SULLIVAN, HEATHER
      SULLIVAN, DOE CHILD 1,
 7    DOE CHILD 2, DOE CHILD 3 and
      DOE CHILD 4,
 8        Plaintiffs,

 9    vs.

10    THE TOWN OF WALPOLE, MA.,
      WALPOLE POLICE DEPARTMENT,
11    CHIEF JOHN F. CARMICHAEL,
      JR., OFFICER ANDREW
12    KIEWLICZ, DET. MICHAEL
      BENNER, DET. SGT. RICHARD
13    KELLEHER, OFFICER THOMAS
      HART, DET. KYLE GRIFFIN,
14    OFFICER MATTHEW CROWN, AND
      OTHER NAMES UNKNOWN TO THE
15    PLAINTIFFS AT THIS TIME,
      WALPOLE SCHOOL DEPARTMENT,
16    VICE PRINCIPAL LEE TOBEY,
      AND OTHERS AS YET UNKNOWN TO
17    THE PLAINTIFFS,
          Defendants.
18    _____

19         REMOTE DEPOSITION OF HEATHER SULLIVAN, taken on
      behalf of the Defendants, pursuant to the applicable
20    provisions of the Federal Rules of Civil Procedure,
      appearing remotely before Ariane L. Baker, Certified
21    Shorthand Reporter and Notary Public within and for the
      Commonwealth of Massachusetts, appearing remotely from
22    Plymouth County, Massachusetts, on February 25, 2022,
      commencing at 10:05 a.m.
23

24
```

TUCKER COURT REPORTING, INC.
(888) 852-DEPO

Page 41

1  Q. Okay.
2  A. And so I got my mother, told my mother to go to
3  get Tara. I said, Go get her, and I'm on my way home.
4  Q. Okay. Do you recall what [redacted] said to you on the
5  phone call -- in the phone call?
6  A. She was hysterical. I couldn't tell you exactly
7  everything, except for that she was terrified and she
8  thought something happened to -- She -- First, she thought
9  everybody had died is what she was saying to us. She
10 thought -- She said, They kept me here, and I don't know
11 what's going on; they won't let me leave. And she's like,
12 I just called Gea. She calls my mother Gea. And she --
13    I said, I'm -- you know, I'm going to call her
14 and have her go get you; I'm on my way home.
15    She didn't know what was going on. They didn't
16 tell her anything. They just told her she had to stay in
17 her room and that she couldn't leave and not to use her
18 phone.
19 Q. Okay. And where was [redacted] at that time?
20 A. She was at her friend's house.
21 Q. Okay. Do you remember -- Is it Greeley -- the
22 Greeley's house?
23 A. Greeley. Yes.
24 Q. Okay. And was that a friend of hers at the time?

Page 42

1  A. At the time, yes, they were friends.
2  Q. Okay. Would she like go home on the bus with her
3  then? Is that what she did?
4  A. She went home on the bus with her that day. Yes.
5  Q. Okay. All right. And then did you speak to your
6  mother on the phone?
7  A. I didn't. I'm not sure -- And I'd have to go
8  back -- I can't -- My memory is not great. It was very
9  chaotic at that point. I -- She texted me, I think, and
10 then -- and then I talked to my sister, and I -- I said,
11 you know, Call mom, have her get over there and -- And I
12 was trying to get someone to get [redacted]. So I don't know if
13 I text her or told my mother that. I can't remember. And
14 then I talked to my sister and I said, You've got to get --
15 She's in Plymouth. So I said, You've got to get up here
16 because we've got to get all the kids. I didn't know where
17 the kids were.
18 Q. Got it. Okay. And what's your mother's name?
19 A. Brenda O'Reilly.
20 Q. And is Brenda her -- her legal first name or does
21 she go by a different name?
22 A. Her legal name is Madeline Brenda, but she goes
23 by Brenda.
24 Q. Got it. Okay. And then what is your sister's

Page 43

1  name?
2  A. Tara Robinson.
3  Q. Okay. And you said she lives in Plymouth?
4  A. She lives in Plymouth. Yes.
5  Q. Okay. And was she working at the time?
6  A. She was working at the time. Yes.
7  Q. What does she do for work?
8  A. She works at Manulife Investments.
9  Q. Okay. Is she in finance then or --
10 A. Yes.
11 Q. Okay. And then do you recall your conversations
12 with your sister Tara?
13 A. I just -- I had -- I was at the train station. I
14 was about to hop on the train. I said, Just call mom, make
15 sure she gets -- I can't remember if I texted my mother or
16 told my mother to get [redacted]. I just remember saying -- She
17 was the closest person to [redacted], and she -- and [redacted] was
18 hysterical. So I was just like, Can you get over there and
19 get her? And I can't -- Then I told my sister that and
20 to -- to get to Walpole.
21 Q. Yeah. Okay.
22 A. That was the gist of the conversation.
23 Q. Sure. Yeah. I know. And I know I'm asking for
24 kind of specifics, and you may not -- You know, I just want

Page 44

1  to see what it is specifically you remember.
2     Do you remember approximately what time you were
3  at the train station in South Station?
4  A. Probably about -- around 4:30, 4:40, somewhere
5  around there.
6  Q. Okay. And how long does it take you to get home
7  on the train?
8  A. 45, 50 minutes.
9  Q. Okay. When you get off the train or, actually,
10 when you were on the train, did you have any more phone
11 calls with anyone else?
12 A. I did. Yes. My sister called my cousin, and he
13 called me.
14 Q. Okay. And who's your cousin?
15 A. George Hardiman.
16 Q. Okay. And is he an attorney?
17 A. Yes.
18 Q. Okay. And is he someone that you are close with
19 or he's kind of just a family -- like a -- he's just a
20 family member that you see just occasionally?
21 A. Close.
22 Q. Okay. And does George Hardiman also live in
23 Walpole?
24 A. No, he does not.

Page 49

1   A.   I didn't -- No, we didn't send her over. I
2   didn't want to put her -- And she also had my daughter with
3   her, and she was not doing well at the time.
4       Q.   Okay. All right. So you meet Greg at the
5   Walpole Police Station. And then what's the next thing
6   that -- that happens?
7       A.   So I meet Greg. I meet him in the parking lot.
8   We walk in together. He goes to check in to see if -- you
9   know, to find out what was going on. He checks in at the
10  front, and a couple minutes later, he comes over in the
11  lobby, and I'm -- you know, comes back, and we were just
12  talking, and I got a phone call from the police as I stood
13  in the lobby. And then I said, Oh. And I showed him. And
14  I said, Oh, they're calling me, as we were standing there.
15  And then I got -- And I didn't answer because I was
16  standing right there, so I just -- And then they called us
17  again and -- and I just -- and then someone came out and
18  around. And then I think once he checked in, they called
19  me.
20      Q.   Okay.
21      A.   That was the first communication from anybody
22  about anything to me.
23      Q.   When -- How did you know the police were calling
24  you? Did it pop up on your phone?

Page 50

1       A.   Yes.
2       Q.   Okay. Was it like Walpole Police Station or
3   something like that?
4       A.   It's just the, yeah, number was -- And they said
5   that it was them.
6       Q.   I guess I'm not -- I'm not clear. Is it like --
7   Like 911 didn't call you, right?
8       A.   No.
9       Q.   It was like a telephone number?
10      A.   Yeah. It was the Walpole Police. And, actually,
11  if you go -- if you like go on -- It's like the regular
12  Walpole number. And I don't remember what the number was,
13  but it was -- it was the police station.
14      Q.   Yeah. That's fine. I'm just curious how you
15  recognized that number to be the Walpole Police Department
16  and not like some random number in Walpole.
17      A.   Right. Well, I think if you -- And I'll have to
18  go back, but I'm pretty sure it -- it's the police -- it's
19  the nonemergency, whatever that number is.
20      Q.   Yeah.
21      A.   But, again, I'd have to like confirm the exact
22  number.
23      Q.   Okay. All right. So Greg checked in; you get
24  those phone calls, and you don't talk to anyone on the

Page 51

1   phone; is that right?
2       A.   That's right.
3       Q.   Okay. What's the next thing you remember
4   happening?
5       A.   One of the detectives came out and brought Greg
6   and I into like an interview room.
7       Q.   Okay. Do you remember what detective did that?
8       A.   I believe it was Kelleher.
9       Q.   Okay. Sergeant Kelleher at the time?
10      A.   Right.
11      Q.   Did you talk to Sergeant Kelleher about anything?
12      A.   He -- Greg asked him what was going -- you know,
13  trying to figure out what the story was, why they had
14  Eddie, and things like that, and he said that [redacted] --
15  [redacted] accused Eddie of punching her in the face --
16      Q.   Okay.
17      A.   -- something -- And I'm paraphrasing because I
18  don't remember the exact words that he said, but it was --
19  that was the gist of it, that [redacted] had said that Eddie
20  had done something. I said, [redacted] said that? So that was
21  my reaction to that. And I was like, you know, I don't --
22  And then I -- You know, [redacted] -- Someone -- [redacted] told
23  somebody then. And I said, That doesn't make sense.
24      Q.   Okay.

Page 52

1       A.   That was sort of the gist of that conversation.
2   It wasn't lengthy. It was just -- That was pretty much
3   really it, and -- And, you know, Greg went to talk to
4   Eddie. And so they -- So they tried to move forward with
5   that, and then we were trying to figure out where all the
6   kids were and things like that.
7       Q.   Right. Sergeant Kelleher didn't take a statement
8   from you at that time; is that fair to say?
9       A.   That's fair.
10      Q.   Okay. And how long did you wait in that
11  interview room with Greg before you could talk to Eddie?
12      A.   I'm not sure exactly the amount of time, and I
13  never spoke with Eddie until much later. Just Greg was
14  allowed to speak with him. Greg --
15      Q.   Okay. I'm sorry. I didn't let you finish.
16      A.   Sorry. So they -- Greg ended up staying, and I
17  ended up leaving, and there were a couple of other things
18  that occurred while we were there to get the kids, because
19  DCF at that point had been involved and was trying to --
20  They were trying to interview everybody before -- before we
21  could take them. And so we ended up talking to -- There
22  was a Dave Skutul, I believe his name was, and he was
23  there, and we spoke with him, Greg and I, and Kelleher was
24  also still there, and he had just talked to everybody, and

Page 61

1  know, he felt it was awful and, you know -- And then he
2  told me, you know, what -- you know, what the police had
3  said and what -- you know, whatever, why he was arrested
4  and things like that. He had a few more details there.
5  And then -- And then I think that was -- that was it. He
6  said, you know -- He's like, They're going to try to
7  arraign him tomorrow and, you know -- And we talked about
8  that and, you know, where we had to be and what we had to
9  do and things like that.
10     Q. Okay. Did Greg, at any point in time, interview
11  Shawna?
12     A. He talked to [redacted]. I don't know -- I don't
13  know -- Like interview? I mean, yeah, he spoke with
14  Shawna.
15     Q. Okay. When Greg spoke to [redacted], did you ask
16  everyone to go upstairs when he spoke to [redacted]?
17     A. We may have gone -- I don't recall -- I don't
18  recall if we all left. It's kind of -- The way my mother's
19  house is set up, it's pretty open. So I don't remember if
20  they spoke like alone or...
21     Q. Okay. And were you present with [redacted] when Greg
22  spoke to her?
23     A. I -- I was there. I mean, I was in the house. I
24  don't -- I don't -- Honestly, I don't recall if I was right

Page 62

1  with them or -- There was a lot going on.
2     Q. Okay. Did Greg explain to you what the
3  arraignment was going to look like?
4     A. Yes.
5     Q. What do you remember him saying?
6     A. He said we had to be there. He said he'll -- you
7  know, he'll -- he'll get the police report and see what
8  the -- you know, what that says. And then he said, you
9  know, he'll, you know -- I don't know what they exactly --
10  what he had to do to prepare to sort of help, you know, get
11  through that. I honestly don't know what he -- what he was
12  doing, but he just said we had to be there and, you know,
13  he's going to review the stuff and, you know, he was likely
14  going to get arraigned and, you know -- and then we'd have
15  to go from there.
16     Q. Okay. What -- Were you there when bail was set
17  for your husband?
18     A. Yes.
19     Q. Okay. Can you tell me -- Was that after -- You
20  left your mother's house and you went back to the police
21  station?
22     A. Yeah. I stayed -- Yeah. I stayed at my mother's
23  for a little while. They told -- Eddie called and said
24  that -- I want to say they said that not until like 11:30

Page 63

1  or something like that, that he could get picked up or
2  whatever.
3     Q. Before I get to that, did you -- At some point
4  while you were at your mother's house, did Dave call you to
5  do a -- like a tour of your home or a visit of your home?
6     A. Yes. Yes.
7     Q. Okay. And did you go back to your home so that
8  he could see the house?
9     A. I did. I -- I drove over -- Yes. I drove over,
10  and Greg met us there, and we went in.
11     Q. Okay. And what did Dave do when he was there?
12     A. He came in. He walked around the first floor and
13  he opened our refrigerator and looked inside our
14  refrigerator, and I believe he looked -- We have a pantry,
15  like a -- like a closet. He peaked in there. And then he
16  went upstairs and he looked in all of the -- our -- all of
17  the bedrooms. We have three bedrooms upstairs. He went in
18  and looked at all the rooms and...
19     Q. Okay. Was he alone or did he have anyone else
20  with him?
21     A. He was alone.
22     Q. Did he say anything to you when he was in your
23  house?
24     A. He, again, told me that he didn't think my

Page 64

1  husband did anything and that (inaudible) --
2        COURT REPORTER: They froze.
3        THE WITNESS: I'm sorry?
4        COURT REPORTER: You were frozen.
5        THE WITNESS: Oh, sorry.
6     A. Yeah. He just -- He said that he didn't think my
7  husband had done it and that -- you know, that he did think
8  that something had happened.
9     Q. Okay. And at that point in time, did you have
10  any suspicion or were you concerned that someone -- not in
11  your family, but someone else had hit [redacted]?
12     A. No.
13     Q. No. All right.
14       So after Dave looked in your house, what's the
15  next thing you remember?
16     A. I went back to my mother's. I couldn't pick up
17  Eddie until later. It was still early enough that we still
18  had to wait. So then we were just trying to figure out who
19  was going to pick Eddie up and who was going to take the
20  kids and how we were going to sort of figure all that out.
21     Q. And what's the next thing that happened, that you
22  remember?
23     A. Then I think my mother kept -- maybe went over
24  with the kids and -- I don't remember exactly. And then my

Page 65

1  sister and I went and picked Eddie up later. And then
2  Eddie had to stay -- It was on the whatever -- the police
3  form, whatever. I don't know what they call those forms or
4  whatever, when I had to post bail for him, and said that he
5  couldn't go back to the house.
6      Q. Okay.
7      A. So he -- I -- We -- I had my sister go grab the
8  kids, and then Eddie stayed with my mom, and then I went
9  back with the kids.
10     Q. Okay. And did anything else happen -- You went
11 back to your house then after that?
12     A. I did. Yes.
13     Q. Okay. Did anything else happen back at the
14 house, that you remember?
15     A. Well, yeah. I mean, I don't know what -- It was
16 awful. It was the worst probably night of my kids' lives.
17     Q. Were your children pretty upset?
18     A. Yeah. All three of them. All four of them. My
19 oldest daughter -- All of us were up in my room, and there
20 was a lot of crying and there was a -- Like it was a
21 disaster. And then three out of my four kids slept in the
22 bed with me the entire night, and it was -- You know, when
23 they finally got to sleep, it was just -- I mean, I was
24 thankful that they fell asleep, but it was -- it was -- it

Page 66

1  was awful. And I stayed up and just watched them sleep.
2      Q. Were you texting your husband at all during that
3  time?
4      A. I don't -- I think I may have texted him early,
5  and then that was sort of -- He was -- It was awful for
6  him, and he had a terrible, awful day. And, you know, for
7  someone who's a -- who's a veteran to say that it was one
8  of the worst days of his life, it's -- that's -- I think
9  that says a lot. And he had -- It was awful. And the way
10 he cares for his family and his children and how much it --
11 for him to go through what he went through, he tried to
12 sleep and he -- I don't even -- I don't even know. He -- I
13 think he slept for a couple hours. He was up so early just
14 waiting for the next day. He didn't even know what he
15 was -- what was going to happen next.
16     Q. You said your husband's a veteran. What branch
17 of the military did he serve in?
18     A. Army.
19     Q. Okay. Did he just do four years or was he there
20 longer?
21     A. He did four. It was in '91, that -- that time
22 frame.
23     Q. Okay. All right. So then what's the -- In the
24 morning then when -- I know you said you didn't sleep, but

Page 67

1  in the morning, what's the next thing that happens, that
2  you remember?
3      A. So in the morning, I -- I -- You know, of course
4  I don't know how to navigate this, so I'm thinking the best
5  thing for the boys, which is probably a mistake, was to
6  send them to school and try to keep everything sort of, you
7  know, routine for them. So I had them go to school. And
8  then [redacted] was so upset, she couldn't go to school. So my
9  sister came back and she stayed with [redacted]. And I went --
10 And [Shawn] stayed home. And I went with Eddie to the
11 arraignment.
12     Q. Okay. And [Shawn] -- [Shawn] went with you, right,
13 to the arraignment?
14     A. She did not. She was with my sister, and she
15 came later.
16     Q. Got it. Okay. Tara brought [Shawn] to the
17 arraignment later that day?
18     A. That's right.
19     Q. Okay. So you got there early then for the
20 arraignment?
21     A. Yes.
22     Q. Okay. Do you recall what time you got to the
23 arraignment?
24     A. I don't recall exactly when --

Page 68

1      Q. Okay.
2      A. -- or what time it was.
3      Q. Okay. And what happened when you got to the
4  courthouse, that you remember?
5      A. We met -- We met my cousin and we went in, and he
6  had to get the police report, and that's what he did, and
7  we waited with him, and then we went into a room and
8  basically spent the morning in a room.
9      Q. Okay. And at that point in time, did Greg tell
10 you what to expect about the arraignment?
11     A. Yeah. He said that they're going to go --
12 they're going to arraign Eddie and that, you know, we're
13 going to have to figure out what we're going to do from
14 here, and he's looking at the police report and, you
15 know -- It wasn't a lot, aside from that -- that the
16 arraignment was going to happen.
17     Q. Okay. At that point in time, had you paid Greg
18 to represent your husband?
19     A. No.
20     Q. Okay. Did you have to sign any retainer
21 agreements or anything with Greg?
22     A. No.
23     Q. Okay. And do you know if -- Well, at some point
24 in time, did [Shawn] come join you in that room?

Page 73

1  don't know all the legal terminology of how they moved the
2  things and what was done. I just know that there were some
3  stipulations for 33 days until we had to go back, and Eddie
4  couldn't be with his children by himself.
5     Q. Okay. You said that there were a few
6  stipulations. What do you mean by that? What were the
7  stipulations?
8     A. Well, no. I guess -- Not a few. I guess it's --
9  The stipulation was that he can't be alone with his
10 children until the next court date.
11    Q. Okay. Do you recall anyone ever telling you that
12 there was a conflict of interest?
13    A. The -- For -- I'm sorry. For what?
14    Q. Yeah. There was a -- There was a conflict of
15 interest because your cousin Greg was involved in the case.
16 Did you ever hear anyone talk about that?
17    A. Yeah. So Greg actually said, you know, Listen,
18 this is good that -- I'm going to refer you, and he gave us
19 another attorney to use.
20    Q. Okay. And who was the other attorney?
21    A. Jack Green.
22    Q. Okay.
23    A. I believe that -- And I have to -- Again, this is
24 all from memory. I'm not looking at any of my notes, and I

Page 74

1  should have had all -- for the names and --
2     Q. Yeah. I don't have them. I requested them, but
3  I still don't have them.
4     A. Have what?
5     Q. Your notes.
6     A. My notes?
7     Q. Yeah.
8     A. Okay. I have a few notes, yeah, if you -- Yeah.
9  I guess we could get the notes. But, yeah, I have his --
10 all the names and things like that written down.
11    Q. Okay.
12    A. But, again, I'm pretty sure it was Jack Green
13 and -- And, actually, I have some of the notes, but I want
14 to stay focused on all the questions, so -- Rather than be
15 flipping through notes, I'd rather just...
16    Q. So I have two different names for your husband's
17 lawyer. I have -- You're telling me he's an
18 Attorney Green, and your husband's telling me
19 Attorney Kelley. So I actually have no idea who -- And
20 that person's name is not written on any of the court
21 documents. So I don't know who that person is. Do you
22 have that person's name in front of you in your note -- if
23 you could --
24    A. I don't have it in this note. I have -- That may

Page 75

1  not be what -- I'm pretty sure it's Jack Green. And it
2  does not surprise me that Eddie wasn't sure of the name.
3     Q. Okay. So you said that Greg said that it was
4  good that there was a conflict and that he was going to
5  refer you to another attorney?
6     A. He didn't say -- I'm sorry. He didn't -- That it
7  was good that there was a conflict?
8     Q. I thought you said that it was good, like he was
9  getting more time?
10    A. No. No. Sorry. I think you might have
11 misunderstood. No. He didn't tell me that there was a
12 conflict right then. That -- That wasn't -- That was
13 later. I don't even know when I -- made -- I was made
14 aware of that right away.
15    Q. Okay. Were you frustrated that you had to wait
16 33 days until this could be more fully resolved?
17    A. I wasn't -- I wouldn't say, yeah, I was
18 frustrated. I think that the whole ordeal was frustrating.
19 I think -- I wouldn't say that we had to wait 33 days to
20 get to the -- to the -- to resolve this. That wasn't
21 the -- The 33 days that my husband had to not be near his
22 kids by himself was what we had more issue with, but it was
23 something that we worked through. And although it was
24 difficult for everybody, we, again, came out on the other

Page 76

1  side of it and we were able to manage through it. But I
2  wasn't frustrated. I think I was -- This whole thing is
3  upsetting and wrong and, you know -- And, again, this is my
4  experience and my opinion on all of this that's happened,
5  that I sat through it. And my job is to care for, protect,
6  and love my family. And guess what? When everybody's
7  hurting like this and because it's -- something very, very
8  wrong happened, I don't know that I'd use frustrated. I
9  would say more just, you know what, we're going to get to
10 the other side of this and it's going to be -- it should be
11 the right thing at that point, and that's what -- that's
12 what -- Those 33 days, I knew we were going to get to the
13 other side of it. So there was a lot of like trying to
14 figure it out, how to make sure my kids were going to be
15 okay, how to make sure Eddie was going to be okay, and how
16 to make sure that nothing else happened to them.
17    Q. Okay. So is it your understanding that the
18 arraignment was continued 33 days because there was some
19 sort of conflict, but you're not sure what it is -- what it
20 was?
21    A. I'm not sure exactly how the whole -- Again,
22 legally, I don't -- I don't know exactly. I just knew that
23 that happened.
24    Q. Okay.

Page 77

1    A.  I don't know what the time frame was when I knew
2    that there was some conflict, and then Greg immediately
3    provided someone else that we could use for Eddie.
4    Q.  Okay.
5    A.  So I don't have -- I don't know the timing of it
6    exactly, but I know that, you know, we worked through --
7    You know, I went to Greg because he's, you know, my family
8    and --
9    Q.  Sure.
10   A.  -- and he had that, you know -- He's an attorney,
11   so he could help us.
12   Q.  Yeah.
13   A.  But then immediately, we figured -- You know,
14   right when we got through the immediate urgent sort of
15   stuff that we were dealing with, Greg was like, This is
16   what we need to do.  And, you know, then we got, I believe,
17   this Jack Green.
18   Q.  Okay.  Did Greg ever say that it was strange that
19   your husband was not arraigned that day?
20   A.  That it was strange?
21   Q.  Yeah.
22   A.  I don't believe he said it was strange.  No.
23   Q.  Did you ever pay Greg for his representation?
24   A.  I think we tried.  I'm not sure that he ever took

Page 78

1    any money.
2    Q.  Okay.
3    A.  But I think we tried just because, you know, I
4    mean --
5    Q.  Sure.
6    A.  -- for obvious reasons.  You know, like he's, you
7    know, helping us.  He didn't feel like -- He's my cousin,
8    so it's -- There's -- You know, he -- he was helping us in
9    two ways throughout this whole thing.  So, yeah, I'd have
10   to look back.  I know we tried.
11   Q.  Okay.  Maybe he refused because you're family and
12   he said, No, I'm not taking your money?
13   A.  There was a lot of that.  Yeah.  Sorry.
14   Q.  That's all right.  At any point in time, did you
15   discuss with him having him represent [redacted] for anything?
16   A.  Yeah.  So -- Well, he -- Well, not specifically.
17   He said, I think, that -- that he -- that due to the
18   conflict -- And I think it -- I don't know -- But that he
19   can -- he could still sort of represent the family, but not
20   Eddie.
21   Q.  Okay.
22       MR. GRIFFIN:  Katie, can we just take
23   five?
24       MS. DAVIS:  Sure.

Page 79

1       (Brief break.)
2    BY MS. DAVIS:
3    Q.  Okay.  So then the other thing I wanted to ask,
4    Mrs. Sullivan, is did Greg ever mention having [redacted]
5    interviewed like -- doing a forensic interview?
6    A.  I don't -- I don't recall if that -- Yeah.  I'm
7    not sure.
8    Q.  Okay.  Like having like a third party -- that's
9    not with the police -- do an interview with [redacted]  Did he
10   ever mention something like that?
11   A.  I don't know that he mentioned that to me.  No.
12   I do remember he -- like that that could happen.  I don't
13   think that it was Greg that mentioned that to me.
14   Q.  Okay.  You're not sure who mentioned it to you,
15   though?
16   A.  No.  But I -- No, I don't.  No.  But I do -- Now
17   that you say -- I -- And, again, my memory isn't perfect on
18   all of this, so I -- I can't remember exactly where I heard
19   that.
20   Q.  Okay.  And do you recall if Greg ever said that
21   they were going to try and get a different district
22   attorney to handle the case?
23   A.  No.  I don't -- I don't think so.
24   Q.  Okay.  After the arraignment was continued,

Page 80

1    what's the next -- Did you take [redacted] to the pediatrician?
2    Is that the next thing that happened?
3    A.  Yes.  That day.  We actually didn't even -- I
4    don't even think I went in my house.  We were in the
5    driveway when we got back, and I called, and we made the
6    appointment, and we went right in.
7    Q.  Okay.  Is that something that Greg suggested that
8    you do?
9    A.  No.  I actually asked him -- In fact, I -- Before
10   we left the parking lot, I said, I want to take her to the
11   pediatrician.
12       And he's like, Yeah.  No.  We should do that.
13   Q.  Okay.  All right.  So [redacted] goes to the
14   pediatrician.  And were you in the room for her exam?
15   A.  No.
16   Q.  Okay.  What's the next thing that you remember
17   happening that day?
18   A.  That day.  We were there for a little while
19   because we ended up -- The appointment we got wasn't with
20   her primary.  It was with someone else in the office.  And
21   then we ended up talking to him because he saw us or
22   whatever.  So I don't even know how long we were there.
23   Then we got back.  The boys must have been coming home at
24   that point.  I don't remember what -- I mean, the only

Page 81

```
 1   other thing that I can think of related that wasn't -- is
 2   maybe Eddie got a call from -- Because he went outside to
 3   take it from the head of the soccer, and they told him that
 4   he couldn't coach anymore.
 5       Q.  Okay.  Did you go to work that Friday, I guess,
 6   the day after the arraignment?
 7       A.  I think so.  I'd have to look -- I think so.  I
 8   think I went back.
 9       Q.  All right.  While you were waiting for the
10   arraignment, did anything -- were you ever contacted again
11   by anyone from DCF or from the police department?
12       A.  DCF called after the arraignment.  That Dave
13   person called me, but that was -- And I talked to him
14   quickly, and that was it.  I don't -- I don't remember him
15   calling again.
16       Q.  Okay.  Do you remember what he called about?
17       A.  He said that -- that we'd receive a report that
18   the case was being closed and, you know -- And then I don't
19   remember what else.  But that was basically the gist of
20   the -- What I took from the conversation was that that
21   report was going to be -- he was writing it up and it was
22   closed.
23       Q.  Okay.  You said earlier that you had spoken to
24   [redacted] about the text about moving [redacted] bed.  Do you
```

Page 82

```
 1   remember what she said about sending that text message to
 2   move [redacted]'s bed?
 3       A.  She said that she thought that something hit her
 4   at night, right, when she was sleeping.  And this is -- She
 5   said that she was -- thought it was either him jumping off
 6   the bed and maybe he kicked her or he kicked the water
 7   bottle.  She said she was half asleep, you know, and it was
 8   in the middle of the night.  But that was the conversation
 9   that we had about it, and that's why she sent the text that
10   day saying let's just move the bed, because she -- you
11   know, she felt like the girl at school was questioning her
12   about something that was -- you know, seemed -- At the
13   time, [redacted] was like, I don't understand why she's, you
14   know -- And these are girls that -- You know, they refer to
15   her as her friend.  They weren't friends.  So I think she
16   had said that to her, and she was uncomfortable, and I
17   think she was like -- You know, as a teenager, she's like,
18   Well, what can I -- You know, she's trying to figure out a
19   way to avoid that.
20       Q.  All right.  And then what's the next thing that
21   you recall happening between then and the arraignment about
22   this particular case?
23       A.  I'm sorry.  I don't know what you mean.
24       Q.  Sure.  I can be a little more specific.  Was
```

Page 83

```
 1   there anything that -- anything else happen at school with
 2   [redacted] relative to your husband's arrest?
 3       A.  Not that I'm aware of.  No.  I think -- I don't
 4   know if the kids behaved any better or worse.  I don't -- I
 5   don't exactly know specifics at that time.  I think she was
 6   uncomfortable going to school, but I don't -- I'm not sure
 7   if there was any other, you know, incidents there.
 8       Q.  Okay.  And then the arraignment got continued to
 9   November 28th, 2018; does that sound correct?
10       A.  Yes.
11       Q.  Okay.  Were you present for the arraignment?
12       A.  I was.
13       Q.  And what happened at the arraignment, that you
14   remember?
15       A.  They -- I don't know what they called it, but
16   they dismissed it or whatever.  He didn't get arraigned.
17       Q.  Okay.  And who was the attorney that your husband
18   had at the time?
19       A.  It was Green.
20       Q.  Green.  Okay.
21       A.  And I'll have to -- I'll confirm that it was
22   Green.  He was -- He had spoken -- That's who he had been
23   dealing with.
24       Q.  Okay.  Got it.  And did you pay Attorney Green?
```

Page 84

```
 1       A.  We did.  Yes.
 2       Q.  Do you know how much you paid him?
 3       A.  I'll have to confirm it.  I don't know.  A few
 4   thousand dollars maybe.
 5       Q.  Okay.  And did you have a retainer agreement with
 6   him?  Do you know?
 7       A.  I know we signed something.  I have to -- I'd
 8   have to go back and look at the records.  So I'll have to
 9   confirm that.
10       Q.  Okay.  Got it.  And did anyone from the
11   neighborhood ever approach you about your husband being
12   arrested?
13       A.  Not -- Nobody approached me directly.  No.
14       Q.  Okay.  Did [redacted] mother ever approach
15   you?
16       A.  [redacted] mother?
17       Q.  Yeah.
18       A.  Tim's -- Detective Sullivan, his mother?
19       Q.  I'm sorry.  Yes.  So [redacted] said something about
20   his mother talking to you about some -- about some comment
21   that was made.
22       A.  Oh.  Oh, I'm sorry.  So Tim's -- So my friend
23   Jen Sullivan, her husband's name is Tim, and then her
24   son's [redacted]  So [redacted] must have been talking about young
```

### Page 89

1  Q. Okay.
2  A. But I don't take any medicine for it or whatever.
3  I -- You know, I can -- You know, I manage to get enough
4  sleep to...
5  Q. Okay. And do you have any nightmares reliving
6  the day of your husband's arrest?
7  A. No. I think we've all tried to push it aside.
8  You know, I think these last few weeks with this -- all
9  this going on, you know, it's a lot. Like I went through a
10 couple of notes and, you know, I couldn't even look at
11 them. I had to put them away kind of thing. So yeah. No.
12 You know, it's still, you know -- We -- We're trying to
13 work through it. The girls -- You know, I -- To be -- You
14 know, really, I'm -- They're never going to be the same
15 after this. There's like before and after. And, you
16 know -- And I think that, you know, we're going to continue
17 to work and get back to a good place, but, you know, it's
18 challenging, especially -- geez, especially with the girls
19 that age and with their already -- You know, it's high
20 school, young, you know, adolescence. It's a tough time
21 anyway in this world with, you know, everything going on.
22 And, you know, I just think it's just, you know --
23 Especially my daughter [redacted] she -- you know, with her
24 anxiety, you know, she's really struggling. She

### Page 90

1  couldn't -- You know, we really -- It's -- This has been
2  very impactful for her too. And, you know, [redacted] she's
3  gone off to college, and I think it was the best thing in
4  the world because it's almost like starting fresh. So,
5  yeah, I mean, it continues just to be a challenge.
6  Q. Speaking of [redacted] have you spoken to [redacted] about
7  her deposition?
8  A. Yeah. I'm not sure that -- I don't think she's
9  capable of doing it. She's -- Even now -- In fact, today
10 I'm making an appointment for her because she's having like
11 really severe stomach issues. She's physically ill with
12 all this going on now, so I just -- I don't think she can
13 handle it.
14 Q. Okay. All right. And there's some documents
15 that your attorney provided. I just want to pull them up
16 briefly.
17         MS. DAVIS: I'm just going to mark this
18 as Exhibit 1.
19 Q. These are your responses to my interrogatories
20 and my request for production. This -- Just skim down or
21 scroll down -- I apologize -- to -- Let's see. One second.
22 Sorry. There's a signature page. I'm sorry. I don't mean
23 to make you dizzy here. So Page 16 -- No. That's not it.
24 One second. I'm sorry. I think I have the wrong one up.

### Page 91

1         MS. DAVIS: So I'm going to mark this
2  as Exhibit 1.
3  Q. This is your -- the Answers to the
4  Interrogatories and the -- my request for documents. I'm
5  just going to scroll down to your signature page here. I'm
6  on Page 8 of a PDF. It's 46 pages. Is this your signature
7  here?
8  A. I'm sorry. I can't see it.
9         MR. GRIFFIN: We can't see it, Katie.
10 BY MS. DAVIS:
11 Q. You can't see this?
12 A. No.
13        MR. GRIFFIN: No. It was up there a
14 minute ago.
15 BY MS. DAVIS:
16 Q. Okay. Can you see it now?
17 A. Yes.
18        MR. GRIFFIN: There you go.
19 BY MS. DAVIS:
20 Q. Okay. So I'm on Page 8 of 46. Is that your
21 signature?
22 A. Yes.
23 Q. And do you recall reviewing these interrogatory
24 responses with your attorney?

### Page 92

1  A. Yes.
2  Q. Okay. There's a number of individuals that are
3  named as defendants in this case. I know you said that
4  earlier you had interacted with Sergeant Kelleher when he
5  brought you to this small interview room with Greg. Other
6  than him, have you had any personal interaction with any of
7  the named defendants in this case? I'll go through it.
8  Have you interacted with former Chief Carmichael?
9  A. I have not interacted with him.
10 Q. Okay. And then Officer Andrew Kiewlicz?
11 A. No.
12 Q. Okay. Detective Benner?
13 A. No.
14 Q. Officer Hart?
15 A. Hart, he's the resource -- the youth officer, so
16 I've seen him. I wouldn't say I've interacted with him.
17 [redacted] -- He was maybe an assistant coach or somehow with
18 the football, but I wouldn't -- I -- Outside of that, just
19 the face.
20 Q. Okay. Detective Griffin?
21 A. No.
22 Q. Okay. Officer Crown?
23 A. No.
24 Q. And then did you speak to Vice Principal