# 18

EXHIBIT

Carmichael - 1

**From:** John Carmichael
**To:** Morrissey, Michael W (DAA)
**Subject:** Re: Walpole Domestic Violence Arrest
**Date:** Friday, October 26, 2018 7:45:19 AM

Thank you sir

Sent from my iPhone

On Oct 25, 2018, at 11:07 PM, Morrissey, Michael W (DAA)
<michael.w.morrissey@state.ma.us> wrote:

> I'll check into it and get back to you
>
> Michael W. Morrissey
> District Attorney
>
> On Oct 25, 2018, at 5:25 PM, John Carmichael <jcarmichael@walpolepd.com>
> wrote:
>
>> Hi Sir,
>>
>> I wanted to share a situation with you that I found concerning today at
>> Wrentham District Court.
>>
>> On 10/24/2018, the Walpole Police were alerted to respond to Walpole
>> HS for a report of a student who had signs of bruising on her face at
>> school.  While at lunch, a friend asked the student about the bruising on
>> the students face.  The student made statements, that are consistent with
>> a domestic violence victim, such as stating she did not want to talk about
>> it (avoiding the subject), that she didn't want to ruin her family (placing
>> responsibility on herself), and then that it was because of an issue with
>> her grades (blaming herself). The victim disclosed to the friend that her
>> father struck her in the face the night before because of an argument
>> about her grades. The victim also disclosed that she could take it and she
>> only has 3 years left in the house and her father doesn't hurt her other
>> siblings, just her.  As a result of the interview with the victim, she changed
>> her story that her brother dropped a water bottle on her face last night, in
>> bed.  (Injury not consistent with that statement).
>>
>> It is important to note that this girl has displayed bruises on her face
>> before.  In fact SRO Hart observed bruises on her face two weeks ago and
>> she said her sibling hit her with a hockey puck?  Over the winter she was
>> asked about another bruise she had on her face and came up with a quick
>> response.

As a result of the situation, Walpole Police officers arrested the father for domestic A&B and notified DCF, and detectives were also in contact with the DA's Office. We felt it was clear that this girl is being battered by her father and she is coming up with cover stories to protect her father and keep the family intact, which must be an incredible burden on her. To add to the problem, the father is a school teacher, and the girl does not want her father to lose his job, AND he is a girls soccer coach in Walpole.  While DCF has screened the case out because the victim changed her story, to say the least this case is troubling and the school and soccer program wanted to take some precautions until this case was resolved.  I informed the schools and I informed the soccer program that I could provide some better guidance after the arraignment at court today and see if there were any conditions set, to help them make some decisions.

Subsequently, when I went to follow up with the police prosecutor he advised me that the father was not arraigned. He advised me that he was told there was a "conflict" at court and that the case would need a special prosecutor to arraign the case.  The police prosecutor was not told what the conflict was, however he was told that the father would not be arraigned on the charges until November 28th!

I have some major concerns with this situation, as I believe this young girl is being abused, that she will continue to be abused (as suggested from regular bruising on her face), that she is providing cover stories to protect her family, and the abuser is a school teacher and girls soccer coach.  It seems unfathomable to me that we would make this arrest and bring the abuser to court, only to be told he won't be arraigned for another month, and thereby subjecting this child to further abuse, endangering her, and being exposed to possible intimidation at home.

I wanted to bring this case to your attention, as it seems that this is an unconventional response from the court in a case involving domestic violence and abuse of a child.

Thank you Sir.

Respectfully,

*John F. Carmichael Jr.*
*Chief of Police*
*Walpole MA Police Department*
*(508)-668-1095*
*FBI NA Class #248*
*www.walpolepd.com*
*Twitter @walpolechief*

*Blessed are the peacemakers, for they will be called children of God.  Matthew 5:9*