# 19

```
                      Walpole Police Department            Page: 1
                            Arrest Report                  10/25/2018

                      Arrest #: 18WAL-218-AR        EXHIBIT
                        Call #: 18-17468
                                                    Carmichael - 2
```

Date/Time Reported: 10/24/2018 @ 1401
Arrest Date/Time: 10/24/2018 @ 1600
Booking Date/Time: 10/24/2018 @ 1817
Involves: Juveniles, Domestic Violence

OBTN: TWAP201800218
Court: WRENTHAM DISTRICT COURT
Court Date: 10/25/2018 @ 0900
Reporting Officer: Police Officer ANDREW KIEWLICZ
Booking Officer: Police Sergeant RICHARD KELLEHER



Bail For Court: WRENTHAM DISTRICT COURT          Set: 10/24/2018 @ 2030
                PERSONAL RECOGNIZANCE 40.00
                Personal Recognizance
Bail Set By: 3 CINDY KERR
Bail Paid:
    Released: 10/24/2018 @ 2235

    Signature: _____

| # | DEFENDANT(S) | SEX | RACE | AGE | SSN | PHONE |
|---|---|---|---|---|---|---|
| 1 | SULLIVAN, EDWARD S<br>165 KENDALL ST<br>WALPOLE MA 02081 | M | W | 47 | [redacted] | 508-668-3996 |

Military Active Duty: N
        HEIGHT: 508      WEIGHT: 195      HAIR: BLACK      EYES: BROWN
        BODY: MEDIUM                    COMPLEXION: FAIR
        DOB: [redacted]              PLACE OF BIRTH: BOSTON, MA
LICENSE NUMBER: [redacted]            ETHNICITY: NOT HISPANIC
        PCF #: 00001465987              LOCAL ID: 2005-02177

                        [CONTACT INFORMATION]

            Home Phone      (Primary)    508-668-3996

                              [APPEARANCE]

                GENERAL APPEARANCE: ORDERLY

                    GLASSES WORN: YES

    SCARS: SC NECK(SURGICAL SCAR)

```
                    Walpole Police Department                 Page: 2
                          Arrest Report                       10/25/2018

                      Arrest #: 18WAL-218-AR
                      Call  #: 18-17468
```

| # | DEFENDANT(S) | SEX | RACE | AGE | SSN | PHONE |
|---|---|---|---|---|---|---|

**[FAMILY/EMPLOYMENT INFORMATION]**

```
            MARITAL STATUS: MARRIED

            SPOUSE'S NAME: O'REILLY, HEATHER
            FATHER'S NAME: SULLIVAN, EDWARD

            EMPLOYER/SCHOOL: MANSFIELD HIGH SCHOOL

            OCCUPATION: TEACHER
```

**[RIGHTS/BOOKING CHECKS]**

```
            RIGHTS ADVISED BY: Police Sergeant RICHARD M KELLEHER   DATE/TIME: 10/24/2018 @ 1818
                  PHONE USED: N
            ARRESTEE SECURED: Y  10/24/2018  1919
             ARRESTEE CELL #: 1

                FINGERPRINTED: N
                 PHOTOGRAPHED: Y
                        VIDEO: YES
                SUICIDE CHECK: Performed
                      PERSONS: State&Federal
          NCIC VEHICLE CHECK: Not Performed
            INJURY OR ILLNESS: N
```

| # | OFFENSE(S) | | | | ATTEMPTED | TYPE |
|---|---|---|---|---|---|---|

```
    LOCATION TYPE: Residence/Home/Apt./Condo     Zone: 1
    165 KENDALL ST
    WALPOLE MA 02081

 1  A&B                                                N        Misdemeanor
    265/13A/B                 265      13A
               OCCURRED: 10/23/2018
    WEAPON/FORCED USED: Personal Weapons (Hands/Feet/Etc)
```

| # | VICTIM(S) | SEX | RACE | AGE | SSN | PHONE |
|---|---|---|---|---|---|---|
| 1 | CONFIDENTIAL | | | | | |

| # | PERSON(S) | PERSON TYPE | SEX | RACE | AGE | SSN | PHONE |
|---|---|---|---|---|---|---|---|
| 1 | [REDACTED] | REPORTING PARTY | F | W | 16 | NOT AVAIL | 508-799-4689 |

```
    EMPLOYER: WALPOLE HIGH SCHOOL
    CONTACT INFORMATION:
    Home Phone         (Primary)     508-799-4689
```

```
                    Walpole Police Department                 Page: 3
                           Arrest Report                      10/25/2018

                    Arrest #: 18WAL-218-AR
                    Call #: 18-17468
```

| # | PERSON(S) | PERSON TYPE | SEX | RACE | AGE | SSN | PHONE |
|---|---|---|---|---|---|---|---|
| 2 | TOBEY, LEE<br>275 COMMON ST<br>WALPOLE MA 02081<br>DOB: ▓▓/▓▓/19▓▓ | OTHER | F | W | 37 | NOT AVAIL | |
| | EMPLOYER: WALPOLE HIGH SCHOOL · 508-660-7257<br>CONTACT INFORMATION:<br>Work Phone         (Primary)    508-660-7257 | | | | | | |
| 3 | SULLIVAN, HEATHER<br>165 KENDALL ST<br>WALPOLE MA 02081<br>DOB: ▓▓/▓▓/19▓▓ | PARENT | F | W | 44 | ▓▓▓-▓▓-▓▓▓▓ | |
| 4 | CONLON, ▓▓▓▓ ▓<br>8 MISTY LN<br>WALPOLE MA 02081<br>DOB: ▓▓/▓▓/19▓▓ | PARENT | F | W | 49 | ▓▓▓-▓▓-▓▓▓▓ | 781-799-4689 |
| | CONTACT INFORMATION:<br>Home Phone         (Primary)    781-799-4689 | | | | | | |
| 5 | CONLON, GLENN M<br>8 MISTY LN<br>WALPOLE MA 02081<br>DOB: ▓▓/▓▓/19▓▓ | PARENT | M | W | 55 | NOT AVAIL | 508-404-5035 |
| | CONTACT INFORMATION:<br>Home Phone         (Primary)    508-404-5035 | | | | | | |
| 6 | GREELEY, BRIAN M<br>76 BROAD ST<br>WALPOLE MA 02081<br>DOB: 11/28/1984 | PARENT | M | W | 33 | ▓▓▓-▓▓-▓▓▓▓ | 5087289724 |
| | CONTACT INFORMATION:<br>Home Phone         (Primary)    5087289724 | | | | | | |
| 7 | GREELEY, JENNIFER L<br>76 BROAD ST Apt. #A<br>WALPOLE MA 02081-1744<br>DOB: 06/09/1983 | PARENT | F | W | 35 | ▓▓▓-▓▓-▓▓▓▓ | 6179437495 |
| | CONTACT INFORMATION:<br>Cell Phone                       6179437495 | | | | | | |

```
                    Walpole Police Department                   Page: 4
                          Arrest Report                      10/25/2018

                     Arrest #: 18WAL-218-AR
                       Call #: 18-17468
```

```
                    ********************************
                    ***CONFIDENTIAL VICTIM REPORT***
                    ********************************
```

| # | VICTIM | SEX | RACE | AGE | SSN | PHONE |
|---|--------|-----|------|-----|-----|-------|

1  SULLIVAN, ████████                          F    W    15   NOT AVAIL
   ███ ███████ ██
   W█LPOLE MA 02081

   DOB: ██/03/200█
   INJURIES: Apparent Minor Injury
   ETHNICITY: Not of Hispanic Origin
   RESIDENT STATUS: Resident
   VICTIM CONNECTED TO OFFENSE NUMBER(S): 1
   RELATION TO: SULLIVAN EDWARD                      Child

```
                    Walpole Police Department                        Page: 1
           PERSONNEL NARRATIVE FOR POLICE OFFICER ANDREW T KIEWLICZ
                    Ref: 18WAL-218-AR

           Entered: 10/25/2018 @ 0739        Entry ID: AK70
           Modified: 10/25/2018 @ 0832       Modified ID: AK70
```

*This is an initial report by Police Officer ANDREW T KIEWLICZ. It may or may not contain all facts known to this officer or to other members of the Walpole Police Department. Unless otherwise specified, all streets and ways referenced within this report are public ways located within the Town of Walpole.*

The victim's identity is as follows: SULLIVAN, ▮▮▮▮▮▮, dob: ▮▮/▮▮/▮▮▮▮, address: ▮▮▮ KENDALL ST, WALPOLE, MA 02081, age: 15. The victim's true identity is known to the Commonwealth; to protect the victim's identity for the remainder of this report, the victim will be referred to herein as "victim".

On 10/25/18 at approximately 1400, School Resource Officer Thomas Hart informed Detective Sgt. Kelleher, Detective Benner, and I of a past domestic assault involving a student at Walpole High School. SRO Hart stated he was informed by Vice Principal Lee Tobey that the victim arrived at school today with bruises on both of her cheeks. Lee told SRO Hart that the victim told her friend, ▮▮▮▮ ▮▮▮▮▮▮, that the bruises were caused by her father, Edward Sullivan.

Detective Benner and I responded to the high school. Upon our arrival at the high school we met with Vice Principal Tobey. Lee stated she was made aware of the injuries to the victim by the victim's friend, ▮▮▮▮, as well as the school nurse Rachel Jackson. Lee stated after hearing about the injuries, she called the victim down to her office to speak with her. Lee state the victim said the bruising on both cheeks was a result of her younger brother falling out of bed and hitting her in the face. Lee stated the victim said she shares a room with her 7-year-old brother ▮▮▮▮ and he tends to fall out of bed and sleep walk. Lee stated the victim insisted her story was the truth.

After speaking with the victim, Lee brought spoke to her friend ▮▮▮▮. ▮▮▮▮ said she was at lunch with the victim when she first noticed the bruising. ▮▮▮▮ said she asked the victim what happened and the victim stated she did not want to talk about it. The victim told ▮▮▮▮ if she said anything it could destroy her family. ▮▮▮▮ asked her again about the bruising and the victim stated her father struck her because of an issue with her grades. The victim told ▮▮▮▮ that she could take because she only has 3 years left in the house and her father doesn't hurt her other siblings.

Lee stated after speaking with ▮▮▮▮ she informed DCF and filed a 51A. Lee spoke with DCF intake employee Brian Guzzi and he stated they would be responding immediately to the high school. While Detective Benner and I were speaking with Lee, SRO Hart had brought the victim into the work room in the main office. Detective Benner also notified the District Attorney's Office. DCF and the DA's Office requested the victim's brothers and sister be held at school until it was determined the home was safe. The victim's brothers, ▮▮▮▮ Sullivan and ▮▮▮▮▮▮ Sullivan, were held at the Fisher School. The victim's sister, ▮▮▮▮ Sullivan, had gone to a friend's house.

DCF worker David Skutul arrived at the high school to conduct the interview with the victim. The victim was brought into Lee's office and was interviewed by Skutul. Detective Benner was also present in the room. Please see Detective Benner's report for further information.

After speaking with the victim, Detective Benner and I went to Fisher School with Skutul to interview the ▮▮▮▮ and ▮▮▮▮▮▮. Skutul interviewed both ▮▮▮▮ and ▮▮▮▮▮▮ in the main office of the school. Please see Detective Benner's report for further information. After speaking with both ▮▮▮▮▮▮ and ▮▮▮▮, Skutul then spoke with ▮▮▮▮ at her friend's house. Detective Benner and I returned to the police station to speak with Edward.

Edward was brought into the interview room. Detective Benner informed Edward of his Miranda rights and Edward stated that he wished to speak with us. Edward stated that he never hit the victim or any of his other children. Edward stated the he would never do that and he was not that type of person. Edward stated he did not

```
                    Walpole Police Department                          Page: 2
              PERSONNEL NARRATIVE FOR POLICE OFFICER ANDREW T KIEWLICZ
                 Ref: 18WAL-218-AR

           Entered: 10/25/2018 @ 0739        Entry ID: AK70
           Modified: 10/25/2018 @ 0832       Modified ID: AK70
```

notice anything out of the ordinary last or this morning. Edward stated he did not observe any bruising on the face of the victim. Edward stated last night he had a disagreement over a cell phone charger with the victim but it was nothing major. Edward said he did receive a text message from the victim at approximately 1301. He stated the text message was strange and was out of the blue. Edward showed Detective Benner and I the text on his cell phone. The text was from the victim requesting Edward move ▇▇▇s bed because he knocked a water bottle on her last night. This text was sent after the incident was reported by the victim's friend.

While we were speaking with Edward, Kyle came into the station and was interviewed by Detective Sgt. Kelleher. Please see Detective Kelleher's report for further information.

Based on the facts and circumstances of this investigation, Edward was placed under arrest and charged with domestic assault and battery (265/13A).


Respectfully submitted,


_____
Police Officer ANDREW T KIEWLICZ
Walpole Police Department

```
            Walpole Police Department                          Page: 1
    SUPPLEMENTAL NARRATIVE FOR POLICE DETECTIVE MICHAEL S BENNER
            Ref: 18WAL-218-AR

       Entered:  10/24/2018 @ 1928      Entry ID: MB71
       Modified: 10/25/2018 @ 0828      Modified ID: MB71
```

On Wednesday October 24, 2018 at approximately 1400 hours I Detective Benner was asked to assist with a past domestic assault and battery involving a juvenile.

Officer Thomas Hart who is the school resource officer stated that he was informed by Vice Principal Lee Tobey that a student ▇▇▇ Sullivan had bruising on both of her cheeks and had reported to another student that her father had caused the bruising.

The victim's identity is as follows ▇▇▇ Sullivan (d.o.b. 05-03-20▇▇, ▇▇ Kendall Street, Walpole Ma). The victim's identity is known to the Commonwealth, for the remainder of this report the victim will be referred to as "victim."

Upon arrival Officer Kiewlicz and myself spoke to Vice Principal Lee Tobey. Lee stated that she was made aware of the bruising on the victim's face after another student ▇▇▇ 07-15-20▇▇ reported to her and the school nurse Rachel Jackson that the victim stated that the bruising was caused by her father Edward Sullivan (see Detective Sgt. Kelleher's narrative).

Lee stated that after becoming aware of the situation she called down the victim and asked her about the bruising. The victim stated that the bruising on both her cheeks was caused by her brother ▇▇▇ Sullivan age 7 falling off of his bunk and falling on her last night. When asked if this story was truthful the victim stated that it was.

After speaking to the victim Lee spoke to the first complaint witness ▇▇▇. ▇▇▇ stated that she was at lunch with the victim and noticed the bruising on both her cheeks. When asked what had occurred the victim stated that she did not want to talk about it because it would destroy her family. When asked further about this the victim stated that it was her father Edward Sullivan who had struck her. She stated that it was due to an issue involving her grades which caused her father to be upset with her. She stated that she could handle it because she only had three years left living in the home and that her father only hits her, not her brothers and sister.

Upon hearing this information, I spoke to Suzanne McDermott and Kristin Collins from the District Attorney's Office and made them aware of the situation. Lee Toby also filed a 51a with DCF (Brian Guzzi) which was forwarded over to the District Attorney's Office. DCF stated that they would send out an immediate response worker to assess the situation and interview involved parties (David Skutul). They also stated that the three other children in the household should remain at school until parties were interviewed and a determination was made if the household was a safe environment. Lee Tobey spoke to faculty at Fisher School and had ▇▇▇ (age 7) and ▇▇▇ Sullivan (age 5) remain at school. Officer Thayer went to Fisher to assist. Another sibling ▇▇▇ (age 12) was on the bus headed to a friend's house.

DCF worker Brian Skutul arrived and interviewed the victim. I was also in the room along with Vice Principal Lee Tobey. The victim stated that she currently shares a room with her younger brother ▇▇▇ age 7. She stated that last night while sleeping, ▇▇▇ fell off of the top bunk and landed on her. She stated that he also caused a water bottle to fall on her while she was sleeping which caused the marks on both sides of her face. She stated that there had been no other altercations and that her brother falling is what caused her bruising. I could see bruising on both of the victim's cheek bones. The bruises appeared fresh and recent. When asked if her father had ever struck her physically, she stated that he spanked her once when she was 6 years old after she was being unsafe crossing the street. The bruising was only on both of her cheeks not on her nose which seemed odd if someone or something (a water bottle) fell on you.

We then traveled to Fisher School where Skutul spoke with ▇▇▇ (7) and ▇▇▇ (5). Both boys did not report

```
                    Walpole Police Department                    Page: 2
           SUPPLEMENTAL NARRATIVE FOR POLICE DETECTIVE MICHAEL S BENNER
               Ref: 18WAL-218-AR

           Entered:  10/24/2018 @ 1928      Entry ID: MB71
           Modified: 10/25/2018 @ 0828      Modified ID: MB71
```

anything significant occurring last night and stated that they had never seen their father strike the victim. ▮▮▮ stated that he might have seen the bruising on his sister's face this morning but believed they were from a football injury.

When asked about falling off of the bunk ▮▮▮ reported that he did not fall off of the bunk last night, that the top bunk was not made with sheets and that he had slept on the bottom bunk. When asked if he fell on his sister the victim last night or dropped anything on her, he replied no.

Brian Skutul then spoke with ▮▮▮ Sullivan (age 12). ▮▮▮ also reported nothing significant occurring last evening and stated that no one gets hit in her home.

At the police station Officer Klewlicz and I spoke with Edward Sullivan. Edward signed his Miranda Rights indicating that he wished to speak to us. Edward stated that he never struck the victim and does not hit his children. He stated that he did not notice any bruising on the victim's cheeks when he left for work this morning at 0630 hours. He reported a minor disagreement last night with his daughter involving a phone charger, but nothing significant. Edward could not speculate how the victim got the bruising on both her cheeks under her eyes.

Edward stated that we could look at his phone and I did read a text message from his daughter to him at approximately 1301 hours which asked her father to move ▮▮▮ bed due to the fact that he knocked a water bottle down which fell on her last evening. This text message appeared odd due to the fact that this came in the middle of the day at approximately 1301 hours after the victim spoke to her friend ▮▮▮ ▮▮▮ and informed her that her father had struck her, which caused her to be called down to Vice Principal Toby's Office. Lee Toby stated that she was told by the victim about her brother falling off the bunk and striking her at approximately 1230 hours.

At approximately 1730 hours ▮▮▮ ▮▮▮ did come to the Walpole Police Department where she was interviewed by Det. Sgt. Kelleher. In this interview ▮▮▮ confirmed that the victim confided in her that her father had struck her causing the bruising on her face (see Det. Sgt. Kelleher's narrative). Due to these facts and circumstances the decision was made to place Edward Sullivan under arrest for Domestic assault and battery.

Respectfully Submitted

Detective Michael Benner

Walpole Police Department

```
            Walpole Police Department                              Page: 1
       SUPPLEMENTAL NARRATIVE FOR POLICE SERGEANT RICHARD M KELLEHE
       Ref: 18WAL-218-AR

       Entered: 10/24/2018 @ 2044         Entry ID: RK63
       Modified: 10/25/2018 @ 0126        Modified ID: RK63
```

The victim's identity is as follows: SULLIVAN, SHAWNA, dob: 05/03/2003, address: 165 KENDALL ST WALPOLE MA 02081, age: 15. The victim's true identity is known to the Commonwealth; to protect the victim's identity for the remainder of this report, the victim will be referred to herein as "victim".

On October 24, 2018, I was working as the Detective Supervisor assigned to the 8:00am to 4:00pm shift. At approximately 2:00pm, School Resource Officer Thomas Hart had reported to Detective Benner and I that Walpole High School Vice Principal Lee Tobey informed him the victim came to school today with bruising on both of her cheeks. Ms. Tobey subsequently contacted The Department of Children and Families (DCF) and filed a 51A report as part of her duties as a mandated reporter. DCF indicated that they were initiating an emergency response and that an investigator would be responding to Walpole High School to interview the victim. The victim was accompanied by SRO Hart to the main office of the high school where he waited with her until the DCF investigator arrived.

Detective Benner and Officer Kiewlicz responded to the high school and spoke with Ms. Tobey. She stated that she learned of the victim's injuries today after the victim disclosed to a friend, identified as Kyle Conlon (dob 7/15/02), that the injuries were a result of physical abuse by her father, later identified as Edward Sullivan (dob 10/27/7_). Ms. Tobey stated that she called the victim down to her office to ask her about her injuries and to ensure that she was safe in her home. Ms. Tobey stated that the victim indicated that she was not physically abused by her father but had that her 7 year old brother had fallen off a bunk bed and hit her which caused the injuries.

At this point, Detective Benner had been in communication with the District Attorney's Office and information was relayed to them that the victim has three younger siblings who reside in the family home with her and her parents. The DA's Office requested that each of the students remains in their respective schools until DCF could complete their investigation and to ensure their safety. Officer Thayer responded to the Fisher School to stay with two of the victim's siblings identified as Colin and Brenda Sullivan (age 7 and 5 respectively). The victim's sister, Tara Sullivan (age 12) had already left Johnson Middle School to stay with a friend who resided at 76 Broad St in Walpole. Detective Griffin responded to this location where he spoke with her friend's father, identified as Brian Greeley, and explained the need for her to remain at their home until further notice. Mr. Greeley agreed to let Tara stay in his home until the situation could be resolved.

The victim had stated to SRO Hart that her father is a teacher at Mansfield High School and usually returns home from work at 3:30pm. Given the fact that the children have all be held in their respective schools until the investigation is complete, Mr. Sullivan will likely be inquiring as to where his children are when they do not return home at the usual time. As a result, Detective Tolland responded to the area of his home to watch him to ensure he does not come to one of the schools while the investigation is ongoing. Officer Crown remained in the area as well to assist.

### DCF Interview with the victim

The DCF case worker, later identified as David Skutul responded to Walpole High School where he conducted an interview with the victim in the presence of Detective Benner. The victim also stated to the DCF investigator that she shares a bedroom with her younger brother and received the injuries to her face as a result of her younger brother falling off the bed. She also stated that when her brother had fallen from the bed onto

Case 1:20-cv-10484-GAO   Document 66-20   Filed 11/01/22   Page 11 of 15

```
                    Walpole Police Department                        Page: 2
            SUPPLEMENTAL NARRATIVE FOR POLICE SERGEANT RICHARD M KELLEHE
                  Ref: 18WAL-218-AR
            Entered: 10/24/2018 @ 2044        Entry ID: RK63
            Modified: 10/25/2018 @ 0126       Modified ID: RK63
```

her, a water bottle also fell and cause some of the injuries to her face. She denied that her father had physically abused her in any way.

At this time, Detective Tolland had notified me that Mr. Sullivan was at the family home at 165 Kendall St. He stated that the school bus which normally transports his children home had arrived at the bus stop and Mr. Sullivan appeared to be agitated that the children were not on the bus. Shortly thereafter, Detective Tolland had radioed that Mr. Sullivan had left the home and turned left onto School St. towards East St. During this time we had received information that he had contacted Fisher School inquiring as to his children's whereabouts but had hung up before he was made aware of why his children were still at school. Dispatcher Rinn also stated that she received a call from Mr. Sullivan on the Walpole Police Department's business line, however he hung up abruptly. Given the nature of the alleged crimes and what appeared to be his erratic behavior by making phone calls and hanging up, I instructed Detective Tolland to stop Mr. Sullivan and detain him. The purpose of the stop was to protect the integrity of the investigation by preventing Mr. Sullivan from going to the schools where his children were and potentially interfering with the investigation and more importantly to ensure the children were safe until the investigation could be completed. Detective Tolland and Officer Crown were able to stop him on School St near the intersection of Stone St.

### DCF Interview with Colin Sullivan

Mr. Skutul arrived at the Fisher School at this time to speak with ███, who has been identified by the victim as the individual who fell out of the bunk bed last night causing her injuries. ███ spoke with Mr. Skutul at Fisher School in the presence of Detective Benner. Officer Kiewlicz was also on scene. ███ stated that he did not fall out of bed last night and went on to explain that the top bunk was not made so he slept on the bottom bunk. He also stated that he did not drop a water bottle on the victim last night either.

### Arrest of Mr. Sullivan

At this time, given the fact that the statement that the victim gave to Ms. Tobey that her injuries were sustained from her brother falling on her last night was not corroborated by the sibling in question during an interview with DCF coupled with the fact that the victim had disclosed to a friend that she had sustained her injuries from when her father struck her led me to believe that probable cause existed that Mr. Sullivan had physically abused his daughter the previous evening. I instructed Detective Tolland to place Mr. Sullivan under arrest and transport him back to the station. Mr. Sullivan was escorted into the detention area until Detective Benner and Officer Kiewlicz arrived back at the station and he was then brought into the interview room outside the detective's office. He agreed to be interviewed which was audio and video recorded after waiving his Miranda rights. (see Detective Benner's report) Upon completion of the interview, I booked Mr. Sullivan and notified the bail commissioner of his arrest. Clerk Magistrate Cindy Kerr set bail at personal recognizance under the condition that he not return to 165 Kendall St or have any contact with the victim until his arraignment tomorrow in Wrentham District Court. Mr. Sullivan was released from custody at 10:30pm.

### Interview with Kyle Conlon

Once back at the station, I contacted ███████'s mother, Kera Conlon. I explained the situation to Ms.

```
           Walpole Police Department                          Page: 3
    SUPPLEMENTAL NARRATIVE FOR POLICE SERGEANT RICHARD M KELLEHER
           Ref: 18WAL-218-AR

    Entered: 10/24/2018 @ 2044      Entry ID: RK63
    Modified: 10/25/2018 @ 0126     Modified ID: RK63
```

Conlon and requested to interview her daughter to which she agreed. At approximately 5:15pm, Ms. Conlon came to the station with her daughter and her husband, Glenn Conlon. I brought them into the interview room located off the lobby of the station and explained to ▓▓▓ that I would like to speak with her about what the victim had told her today at school. ▓▓▓ stated that she was at lunch with the victim and another friend ▓▓▓ ▓▓▓. She said that she noticed bruises on both sides of her face near her cheeks. ▓▓▓ asked her what happened to which she replied "nothing". ▓▓▓ stated that she was concerned because the bruises appeared to be significant so she pushed for more information which the victim stated that she wanted her to let it go and that "this could really hurt my family". ▓▓▓ then asked if someone in her family hit her and the victim said "yes". ▓▓▓ asked if the victim's father had hit her and she replied "yes". The victim stated that she "would only have to put up with it for a few more years" meaning that she would be of the age that she could move away and remove herself from the situation. ▓▓▓ then asked about the victim's siblings and the victim stated "he doesn't hit them". ▓▓▓ stated that she was not sure exactly when the abuse took place but seemed to believe that it was sometime last night because she just noticed the bruises on her today. She also stated that she was unsure of how the victim was assaulted, but seemed to believe that the victim's father struck the victim with his hands and not with a weapon. ▓▓▓ stated that she had seen a bruise on the victim's face in recent weeks and asked the victim about it. The victim stated that she sustained that injury "because of her grades" but did not elaborate any further about the incident.

At this point, ▓▓▓ stated that ▓▓▓ had suggested that they bring this to the attention of the school nurse, Rachel Jackson, with whom they have a good relationship. The victim did not want ▓▓▓ to tell anyone about what she disclosed to her, however ▓▓▓ wanted to report the incident to school staff because she was worried about her friend. Upon speaking with Ms. Jackson, they were directed to the victim's guidance councilor, Mr. O'Toole. She stated that they told him about the allegation as well and he notified Ms. Tobey. ▓▓▓ stated that she was called down to Ms. Tobey's office shortly thereafter and she told Ms. Tobey about what the victim had disclosed to her during lunch.

▓▓▓ had also stated during my interview with her that her friend ▓▓▓ ▓▓▓ had sent an "SOS" report to the school because she was concerned about the victim. More investigation in regards to that report will be necessary.


Respectfully Submitted,


Detective Sergeant Richard Kelleher
Walpole Police Department

```
                    Walpole Police Department                        Page: 4
       SUPPLEMENTAL NARRATIVE FOR POLICE SERGEANT RICHARD M KELLEHE
            Ref: 18WAL-218-AR

          Entered: 10/24/2018 @ 2044        Entry ID: RK63
          Modified: 10/25/2018 @ 0126       Modified ID: RK63
```

| Printed on | Walpole Police Department | Page Number |
|---|---|---|
| 10/24/2018 | Arrest Number: 18WAL-218-AR | 1 of 1 |
| | Edward S Sullivan   Arrested on: 10/24/2018   Time: 1600 | |

## Your Rights

I hereby certify that I have been advised and understand my rights under the constitution and Massachusetts law which were given to me as follows:

1. You have the right to remain silent.
2. Anything you say can and will be used against you in a court of law.
3. You have the right to consult with a lawyer before any questioning and to have your lawyer present with you during questioning.
4. If you cannot afford to hire a lawyer, one will be appointed to represent you by the Commonwealth.
5. You may waive, that means give up, your right to remain silent and your right to have an attorney present with you during questioning.
6. If you decide to talk now, you still have the right to stop talking at any time.

    1. Do you understand these rights explained to you? _____
    2. Having these rights in mind, do you wish to talk now? _____

SIGN: [signature] Edward S Sullivan      DATE: 10/24/18  TIME: 7:20 h

SIGN: [signature] Witness      DATE: 10/24/18  TIME: 7:20 PM

*Recorded Interview w/ suspect*

'ARTMENT

[Walpole Police badge]

, am __47__ years old.
(Age)

_ewlicz & Benner_
(Full Name)

inst me in court.

ering any questions, and I may have

 be provided by the Commonwealth –

give up) my right to counsel and my

- If I decide to talk to the police, I still have the right to stop talking at any time and for any reason.

Please check the following that apply:

[✓] I am willing to speak with the police officer now.

[ ] I am not willing to speak with the police officer now.

[ ] I am aware my statements may be audio/video recorded.

_____     __5__        __10/24/18__
(Signature of Consenting Party)   (Time)          (Date)

_____     __5:00 pm__   __10-24-18__
(Signature of Police Officer)     (Time)          (Date)

_____     __5:00 pm__   __10/24/18__
(Signature of Witness)            (Time)          (Date)

Rev 2018-06