# 21

# Exhibit F

# Katie Davis

| | |
|---|---|
| **From:** | Katie Davis |
| **Sent:** | Wednesday, March 23, 2022 4:07 PM |
| **To:** | Robert Griffin |
| **Cc:** | John Davis; Barbara Fergusson |
| **Subject:** | Sullivan Status Report |
| **Attachments:** | Joint Status Report for 3-30-22 conference (KCD Draft).docx; Doc #37-Opposition re [36] MOTION for Extension of Time to Complete Discovery .pdf |

Hi Attorney Griffin,

We owe the Court an updated status report by today. I have drafted one for your review. Please let me know if you would like to add or change anything to the report. If your clients have reconsidered dismissing T███ from the lawsuit, please let me know and I will not file a Motion to Compel.

I am also attaching for your convenience the defendants' Opposition to plaintiffs' Motion for Extension of Time.

All the best,
Katie



Katie Cooper Davis
Associate Attorney
PIERCE DAVIS & PERRITANO LLP

10 Post Office Square, Suite 1100N
Boston, MA 02109
617-350-0950
kdavis@piercedavis.com
www.piercedavis.com
**To send me files securely Click Here**

BOSTON
PROVIDENCE
BRIDGEPORT
LOS ANGELES

*This electronic message transmission contains ATTORNEY PRIVILEGED AND CONFIDENTIAL information intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copy of this communication is strictly prohibited. If you have received this communication in error, please erase all copies of the message and its attachments and notify the sender immediately.*