# 22

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| EDWARD SULLIVAN, HEATHER SULLIVAN, DOE CHILD 1, DOE CHILD 2, DOE CHILD 3, DOE CHILD 4, | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | CIVIL ACTION NO. 20-10484-GAO |
| THE TOWN OF WALPOLE, MA, et al., | ) ) | |
| Defendants. | ) | |

## **SCHEDULING ORDER AND SUPPLEMENTAL ORDER ON PENDING MOTIONS**

In accordance with this court's order of April 28, 2022 (Docket No. 48), the parties have filed a Joint Status Report (Docket No. 51) addressing the issues raised in (1) the "Defendants' Motion to Compel Plaintiffs' Discovery Responses to Rule 33 Interrogatories, Rule 34 Document Requests, and Rule 26 Initial Disclosures Pursuant to Local Rule 37.1(b)" (Docket No. 32); (2) the "Plaintiff's Motion to Extend Time for Completing Depositions of the Defendants and Witnesses" (Docket No. 36); and (3) the "Defendants' Motion to Compel Deposition Testimony of Minor Plaintiff T.S." (Docket No. 40). After consideration of the parties' Report, it is hereby ORDERED as follows:

1. "Defendants' Motion to Compel Plaintiffs' Discovery Responses to Rule 33 Interrogatories, Rule 34 Document Requests, and Rule 26 Initial Disclosures Pursuant to Local Rule 37.1(b)" (Docket No. 32) is ALLOWED IN PART and DENIED IN PART in accordance with the plaintiffs' agreement to supplement discovery as detailed in the Joint Status Report.

[2]

2. "Plaintiff's Motion to Extend Time for Completing Depositions of the Defendants and Witnesses" (Docket No. 36) is ALLOWED by agreement. Plaintiffs shall conduct no more than ten (10) depositions. The deadline for fact discovery is extended up to and including **August 26, 2022**.

3. "Defendants' Motion to Compel Deposition Testimony of Minor Plaintiff T.S." (Docket No. 40) is ALLOWED. In light of the fact that T.S. remains a plaintiff in this case, the defendants are entitled to take her deposition. If T.S. fails to appear for her deposition, the defendants may seek sanctions, including a request that her case be dismissed.

4. A separate order establishing the date for the next status conference shall be issued separately.

SO ORDERED.

Dated: June 10, 2022

/ s / Judith Gail Dein
Judith Gail Dein
United States Magistrate Judge