# 23

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. No. 1:20-cv-10484-GAO

| | |
|---|---|
| EDWARD SULLIVAN, HEATHER SULLIVAN, DOE CHILD 1, DOE CHILD 2, DOE CHILD 3 and DOE CHILD 4,<br>　　Plaintiffs,<br><br>vs.<br><br>THE TOWN OF WALPOLE, MA,<br>WALPOLE POLICE DEPARTMENT,<br>CHIEF JOHN F. CARMICHAEL, JR.,<br>OFFICER ANDREW KIEWLICZ,<br>DET. MICHAEL BENNER,<br>DET. SGT. RICHARD KELLEHER,<br>OFFICER THOMAS HART,<br>DET. KYLE GRIFFIN,<br>OFFICER MATTHEW CROWN,<br>AND OTHER NAMES UNKNOWN TO THE PLAINTIFFS AT THIS TIME,<br>WALPOLE SCHOOL DEPARTMENT,<br>VICE PRINCIPAL LEE TOBEY,<br>AND OTHERS AS YET UNKNOWN TO THE PLAINTIFFS,<br>　　Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## RE-NOTICE OF TAKING DEPOSITION

TO: ALL COUNSEL OF RECORD

Please take notice that at 10:00 a.m. on August 25, 2022, the defendants will take the deposition upon oral examination of the plaintiff, ▓▓▓ Sullivan, via remote video conference (ZOOM), pursuant to Federal Rules of Civil Procedure, before a Notary Public in and for the Commonwealth of Massachusetts, or before some other officer authorized by law to administer oaths. The oral examination will continue from day to day until completed. You are invited to attend and cross-examine.

The deponent is required to present a driver's license, passport, or other Federal or State issued photo identification at the time of the deposition.

Respectfully submitted,

The Defendants,
THE TOWN OF WALPOLE, MA,
WALPOLE POLICE DEPARTMENT,
CHIEF JOHN F. CARMICHAEL, JR.,
OFFICER ANDREW KIEWLICZ,
DET. MICHAEL BENNER,
DET. SGT. RICHARD KELLEHER,
OFFICER THOMAS HART,
DET. KYLE GRIFFIN,
OFFICER MATTHEW CROWN,
WALPOLE SCHOOL DEPARTMENT, and
VICE PRINCIPAL LEE TOBEY,
By their Attorneys,

**PIERCE DAVIS & PERRITANO LLP**

/s/ Seth B. Barnett
_____
John J. Davis, BBO #115890
Seth B. Barnett, BBO #661497
10 Post Office Square, Suite 1100N
Boston, MA 02109
(617) 350-0950
sbarnett@piercedavis.com

Dated: August 17, 2022

### CERTIFICATE OF SERVICE

I, Seth B. Barnett, certify that on August 17, 2022, a true copy of the aforementioned document was served via electronic mail on all counsel of record.

/s/ Seth B. Barnett
_____
Seth B. Barnett, Esq.