# 24

| | |
|---|---|
| **From:** | Robert Griffin |
| **To:** | Seth Barnett |
| **Subject:** | Re: Sullivan v. Walpole - Email sent by Chief Carmichael |
| **Date:** | Monday, August 22, 2022 6:53:50 PM |
| **Attachments:** | image001.png |

Confirmed

On Mon, Aug 22, 2022 at 6:52 PM Seth Barnett <SBarnett@piercedavis.com> wrote:

> I'll get that drafted right now. Our server was down all down and it made a lot of work impossible.
>
> Attached is a deposition notice for ▓▓ Sullivan. I understand that she does not intend to appear for a deposition. Can you just confirm I do not need to have a Court Reporter present. We will simply plan to seek a dismissal of her claims down the road.
>
> Thanks,
>
> Seth



Seth Barnett

Partner

BOSTON
PROVIDENCE
BRIDGEPORT
LOS ANGELES

PIERCE DAVIS & PERRITANO LLP

10 Post Office Square, Suite 1100N

Boston, MA 02109

617-350-0950

sbarnett@piercedavis.com

www.piercedavis.com

This electronic message transmission contains ATTORNEY PRIVILEGED AND CONFIDENTIAL information intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copy of this communication is strictly prohibited. If you have received this communication in error, please erase all copies of the message and its attachments and notify the sender immediately.



Seth Barnett

Partner

BOSTON
PROVIDENCE
BRIDGEPORT
LOS ANGELES

PIERCE DAVIS & PERRITANO LLP

10 Post Office Square, Suite 1100N

Boston, MA 02109

617-350-0950

sbarnett@piercedavis.com

www.piercedavis.com

--
--

Robert M. Griffin, Esq.
DHAR LAW, LLP
Schrafft's City Center Power House
529 Main Street, Suite P200
Charlestown, Massachusetts 02129
Office: 617-880-6155
Mobile: 508-922-9794
Fax: 617-880-6160 or 508-541-7930
rgriffin@dharlawllp.com
www.dharlawllp.com

This email may contain confidential privileged material for the sole use of the intended recipient(s) and may be subject to the attorney-client privilege. Any review, use, distribution or disclosure by others is strictly prohibited. If you are not the intended recipient (or authorized to receive for the recipient), please contact the sender by reply email and delete all copies of this message. Please visit www.dharlawllp.com for more information.

From: Robert Griffin <rgriffin@dharlawllp.com>
Sent: Monday, August 22, 2022 3:29 PM
To: Seth Barnett <SBarnett@piercedavis.com>
Subject: Re: Sullivan v. Walpole - Email sent by Chief Carmichael

Thank you . Are you going to file the motion to extend the time to complete the depositions? I am just distracted now with trial prep and don't want to let this slip through the cracks.

--
Robert M. Griffin, Esq.
DHAR LAW, LLP

Schrafft's City Center Power House

529 Main Street, Suite P200

Charlestown, Massachusetts 02129

Office: 617-880-6155
Mobile: 508-922-9794
Fax: 617-880-6160 or 508-541-7930
rgriffin@dharlawllp.com

www.dharlawllp.com

This email may contain confidential privileged material for the sole use of the intended recipient(s) and may be subject to the attorney-client privilege. Any review, use, distribution or disclosure by others is strictly prohibited. If you are not the intended recipient (or authorized to receive for the recipient), please contact the sender by reply email and delete all copies of this message. Please visit www.dharlawllp.com for more information.

On Fri, Aug 19, 2022 at 2:52 PM Seth Barnett <SBarnett@piercedavis.com> wrote:
> I believe this is the email you were referring to. Let me know if that's correct.
>
> Thanks,
>
> Seth